IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCIENTIFIC-ATLANTA, INC.,

Plaintiff,

v.

IPG PHOTONICS CORPORATION,

Defendant.

Civil Action No. _____

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Scientific-Atlanta, Inc. ("S-A") for its Complaint against Defendant IPG Photonics Corporation ("IPG") hereby alleges as follows:

### NATURE OF ACTION

1. This is an action in which S-A seeks damages and injunctive relief under the patent laws of the United States, 35 U.S.C. § 1 et seq., for infringement of U.S. Patent No. 5,225,925 ("the '925 patent") resulting from IPG's actions and conduct as set forth herein.

### THE PARTIES

2. S-A is a corporation organized under the laws of the State of Georgia, having its principal place of business at 5030 Sugarloaf Parkway, Lawrenceville, Georgia, 30044.

3. Upon information and belief, IPG is a corporation organized under the laws of the State of Delaware, having its principal place of business at 50 Old Webster Road, Oxford, Massachusetts 01540.

4. S-A is informed and believes that IPG is doing business in the State of Massachusetts and in this Judicial District.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has jurisdiction over IPG by virtue of its actions and those of its agents which directly infringe or which induce or knowingly contribute in the infringement of S-A's '925 patent within this state and/or its systematic and continuous contact with this state.

7. Venue is proper in this district in accordance with 28 U.S.C. §§ 1391 and 1400(b).

## COUNT 1

### Infringement of U.S. Patent No. 5,225,925

8. S-A incorporates and re-alleges paragraphs 1-7 above as if set forth in their entirety.

9. The '925 patent, which is entitled "Sensitized Erbium Fiber Optical Amplifier and Source," issued on July 6, 1993 naming Stephen G. Grubb, Douglas W. Anthon, William L. Barnes, and Janet E. Townsend as inventors. S-A is the assignee and owner of the entire right, title and interest in and to the '925 patent. A copy of the '925 patent is attached hereto as Exhibit A.

10. The '925 patent generally relates to an optical fiber for amplifying or sourcing a light signal in a single transverse mode. In particular, the optical fiber that is the subject matter of the invention of the '925 patent comprises a host glass doped with erbium (Er) and a sensitizer such as ytterbium (Yb) or iron (Fe). Preferably the host glass is doped silicic glass (e.g., phosphate or borate doped).

11. Upon information and belief, defendant has infringed, contributed to the infringement of, and/or actively induced the infringement of claims of the '925 patent by making, using, selling, and/or offering for sale products, including but not limited to optical fiber amplifiers that include doped silicic optical fibers (defendant's "infringing acts"), without authorization of S-A.

12. Defendant has had notice of the '925 patent and its infringement of the '925 patent has been done willfully and with knowledge of the '925 patent.

13. Defendant's infringing acts have not been authorized by S-A, and are in violation of S-A's rights.

14. S-A has no adequate remedy at law for defendant's infringing acts.

15. As a direct result of defendant's infringing acts, S-A has suffered and continues to suffer damage and irreparable harm. Unless defendant's infringing acts are enjoined by this Court, S-A will continue to be damaged and irreparably harmed.

## REQUEST FOR RELIEF

WHEREFORE, S-A prays that the Court:

A. Enter judgment that IPG has infringed, contributorily infringed and/or induced infringement of the '925 patent;

B. Preliminarily and permanently enjoin IPG from further acts of infringement of the '925 patent;

C. Award S-A damages adequate to compensate it for IPG's infringement of the '925 patent;

D. Declare that IPG's infringement of the '925 patent has been knowing and willful;

      E.      Treble the award of damages for infringement of the '925 patent in view of the willful nature of IPG's actions;

      F.      Declare this to be an exceptional case and award S-A its attorney fees pursuant to 35 U.S.C. § 285; and

      G.      Award S-A costs, prejudgment interest, and such further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

S-A demands a jury trial, pursuant to Fed. R. Civ. P. 38(b), as to all issues which may be tried by a jury.

Dated: April 27, 2005

SCIENTIFIC-ATLANTA, INC.

_____
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
Attorneys for SCIENTIFIC-ATLANTA, INC.

Of Counsel:
Patrick J. Flinn
J. Patrick Elsevier
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Attorneys for SCIENTIFIC-ATLANTA, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    [✓] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    [ ] IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    [ ] V.   150, 152, 153.

    (Stamp: 05-10850 MEL)

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                    YES [ ]    NO [✓]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES [ ]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                    YES [✓]    NO [ ]

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division [ ]     Central Division [✓]     Western Division [ ]

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division [ ]     Central Division [ ]     Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                    YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Denise W. DeFranco and David E. Cole
ADDRESS   Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600
TELEPHONE NO.   (617) 832-1000

(CategoryForm.wpd - 2/15/05)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
SCIENTIFIC-ATLANTA, INC.

**DEFENDANTS**
IPG Photonics Corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Worcester
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Denise W. Defranco and David E. Cole
Foley Hoag LLP
155 Seaport Boulevard, Boston, MA 02210-2600
617-832-1000

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AND "x" IN ONE BOX ONLY)

- ☐ 1 U.S. GOVERNMENT Plaintiff
- ☐ 2 U.S. GOVERNMENT Defendant
- ☒ 3 FEDERAL QUESTION (US Government Not a Party)
- ☐ 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY.)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | | ☐ 450 Commercial/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☒ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Plaintiff seeks equitable relief and damages for Defendant's infringement of Plaintiff's patent under 35 U.S.C. § 271.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 4/27/05
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____