IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IPG PHOTONICS CORPORATION, <br><br> Defendant. | Civil Action No. _____ |

### CORPORATE DISCLOSURE STATEMENT OF SCIENTIFIC-ATLANTA, INC.

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), plaintiff Scientific-Atlanta, Inc. ("S-A") files this corporate disclosure statement.

S-A states that no corporation or publicly held company owns 10% or more of S-A's stock.

Dated: April 27, 2005

SCIENTIFIC-ATLANTA, INC.

_____
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
Attorneys for SCIENTIFIC-ATLANTA, INC.

Of Counsel:
Patrick J. Flinn
J. Patrick Elsevier
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Attorneys for SCIENTIFIC-ATLANTA, INC.