UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCIENTIFIC ATLANTA, INC. | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
|  | ) | 05-10850-MEL |
| v. | ) |  |
|  | ) |  |
| IPG PHOTONICS CORP. | ) |  |
| Defendant. | ) |  |

ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. sec. 455 (b)(4).

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: May 3, 2005                                /s/ George H. Howarth
Boston, Massachusetts                         Deputy Clerk