**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil   No.  05-10850

Title: SCIENTICFIC ATLANTA, INC. V. IPG PHOTONICS CORP.

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge MORRIS E. LASKE has been transferred to Judge RYA W. ZOBEL for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials  RWZ  .

Thank you for your cooperation in this matter.

                                  SARAH A. THORNTON
                                  CLERK OF COURT

                By:   /s/ George H. Howarth
                            Deputy Clerk

Date: May 3, 2005

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)                                            [ntccsasgn.]