# UNITED STATES DISTRICT COURT

District of   Massachusetts

SCIENTIFIC-ATLANTA, INC.

              V.

IPG PHOTONICS CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 10850 MEL

TO: (Name and address of Defendant)

    IPG PHOTONICS CORPORATION
    50 Old Webster Road
    Oxford, MA 01540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Denise W. DeFranco and David E. Cole
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            APR 27 2005

CLERK                                                DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## District of Massachusetts

### Civil Case Number: 05-10850 MEL

I hereby certify and return that on April 28, 2005, at 3:50 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named **IPG Photonics Corporation**, by giving them in hand to Lianne DeLucia, Agent authorized to accept service. The said service was effected at: IPG Photonics Corporation, 50 Old Webster Road, Oxford, MA 01540.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 28, 2005.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.

Service & Travel:$125.00

**Butler and Witten**
Boston, MA
(617) 325-6455