UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Scientific-Atlanta, Inc., <br><br> Plaintiff <br><br> v. <br><br> IPG Photonics Corporation, <br><br> Defendant | Civil Action No: 05-10850 (MEL) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT
IPG PHOTONICS CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant IPG Photonics Corporation ("IPG") hereby moves to extend the time for IPG to answer, move, or otherwise respond to Plaintiff's Complaint by thirty (30) days, from the present deadline of May 18, 2005, to June 17, 2005. As grounds for this Motion, IPG states that this is a case including alleged patent infringement. IPG seeks this extension in order to further evaluate the patent and other issues concerning a request for reexamination that was filed by Plaintiff concurrently with this lawsuit.

Patrick Elsevier, counsel for Plaintiff Scientific-Atlanta, Inc. ("SA") has assented to this Motion, via telephone conversation with the undersigned, on May 16, 2005.

Dated: May 16, 2005

_____
Kurt L. Glitzenstein (BBO #565312)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906

Attorneys for Defendant
IPG Photonics Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 16, 2005.

_____
Kurt L. Glitzenstein

21088313.doc