UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Scientific-Atlanta, Inc., <br><br> Plaintiff <br><br> v. <br><br> IPG Photonics Corporation, <br><br> Defendant | Civil Action No: 05-10850 (MEL) |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for IPG Photonics Corporation ("IPG"), certifies that IPG does not have a parent corporation which owns more than 10% of IPG's stock, and that no publicly traded company owns more than 10% of IPG's stock.

Dated: May 16, 2005

_____
Kurt L. Glitzenstein (BBO #565312)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906

Attorneys for Defendant
IPG Photonics Corporation

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 16, 2005.

_____
Kurt L. Glitzenstein

21088658.doc