IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IPG PHOTONICS, CORPORATION. <br><br> Defendant. | Civil Action No. 05 cv 10850 MEL |

## MOTION FOR STAY OF LITIGATION PENDING REEXAMINATION OF U.S. PATENT 5,225,925

Plaintiff Scientific-Atlanta, Inc. ("S-A") moves the Court for an order staying this litigation pending the outcome of the decision of the U.S. Patent and Trademark Office ("USPTO") with respect to S-A's request for reexamination of the patent-in-suit, U.S. Patent No. 5,225,925 ("the '925 patent"). S-A has requested the reexamination to allow the USPTO to consider the validity of some of the claims of the '925 patent in light of a prior art reference identified by Defendant IPG Photonics, Corp. ("IPG").

In order to ensure that all relevant information is before the USPTO to conduct the reexamination of the '925 patent, S-A requests, as part of this motion, that the Court order IPG to identify all prior art of which it is currently aware that might affect the validity of the '925 patent.

For the reasons set forth in the accompanying Memorandum of Law, S-A believes that a stay of the litigation pending a reexamination of the '925 patent by the USPTO will benefit both the parties and the Court.

Respectfully submitted, this 19th day of May, 2005.

SCIENTIFIC-ATLANTA, INC.

/s/ Denise W. DeFranco
_____
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Of Counsel:
Patrick J. Flinn
J. Patrick Elsevier
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Attorneys for SCIENTIFIC-ATLANTA, INC.

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant, with respect to the issues raised in this motion and were unable to reach agreement regarding the same.

/s/Denise W. DeFranco
_____
Denise W. DeFranco

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC.,<br><br>  Plaintiff,<br><br>       v.<br><br>IPG PHOTONICS, CORPORATION.<br><br>  Defendant. | Civil Action No. 05 cv 10850 MEL |

[Proposed] ORDER

This matter is before the Court on the Motion of Plaintiff Scientific-Atlanta, Inc. ("S-A") for Stay of Litigation Pending Reexamination of U.S. Patent 5,225,925 ("the '925 patent"), which was filed on May 19, 2005. For good cause shown, it is hereby ORDERED that:

(1)     S-A's Motion for Stay of Litigation Pending Reexamination of U.S. Patent 5,225,925 is hereby GRANTED;

2)     This litigation is STAYED pending resolution by the U. S. Patent and Trademark Office ("USPTO") of a Request for *Ex Parte* Reexamination of U.S. Pat. No. 5,225,925, Control Number 90/007,524 ("Request") and the resolution of any consequent reexamination of the patent. Upon resolution of the Request and any consequent reexamination of the '925 patent by the USPTO, S-A shall so inform the Court;

- 2 -

     **(3)**    IPG shall identify to S-A within twenty-one (21) days from the date of this Order all prior art of which is it currently aware that IPG contends is material, either alone or in combination with other prior art, to the patentability of any claim of the '925 patent.

     SO ORDERED, this _____ day of _____, 2005

                                                 _____
                                                 **Morris E. Lasker**
                                                 **United States District Judge**