## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SCIENTIFIC-ATLANTA, INC.,

     Plaintiff,

        v.

IPG PHOTONICS, CORPORATION.

     Defendant.

Civil Action No. 05 cv 10850 MEL

## MEMORANDUM IN SUPPORT OF MOTION FOR STAY OF LITIGATION
## PENDING REEXAMINATION OF U.S. PATENT 5,225,925

### INTRODUCTION

Plaintiff Scientific-Atlanta, Inc. ("S-A") moves the Court for an order staying this litigation pending the outcome of the decision of the U.S. Patent and Trademark Office ("USPTO" or "PTO") with respect to S-A's request for reexamination of the patent-in-suit, U.S. Patent No. 5,225,925 ("the '925 patent"). S-A has requested the reexamination to allow the USPTO to consider the validity of some of the claims of the '925 patent in light of a prior art reference identified by Defendant IPG Photonics, Corporation ("IPG").[1]

Although S-A believes that IPG infringes one or more claims of the '925 patent that are not affected by the prior art reference identified by IPG, S-A believes that a stay

---

[1] According to the USPTO's procedures, the USPTO should make a decision on S-A's request for a reexamination within three months of the filing of S-A's request for reexamination. *See* Manual of Patent Examining Procedure § 2240. If the USPTO denies the request for reexamination, S-A would immediately notify the Court and the stay could then be lifted. Should, as expected, the USPTO grant S-A's request for reexamination, then the stay could be maintained pending the ultimate resolution of the reexamination by the USPTO.

of the litigation pending a reexamination of the '925 patent by the USPTO will benefit both the parties and the Court.  In particular, because it is unknown which claims will be upheld and which ones struck down or changed during the reexamination, a stay will prevent any wasted discovery or claim interpretation efforts by the parties and the Court during the reexamination period.  In addition, the reexamination will likely narrow or eliminate certain issues in the case, thereby conserving judicial resources. Also, regardless of the outcome of the reexamination proceeding, the Court will gain the benefit of the USPTO's particular expertise in evaluating the prior art.

Although IPG has informed S-A that it has uncovered numerous items of potentially invalidating prior art, IPG has identified only a single prior art reference to S-A.  Accordingly, in order to ensure that all relevant information is before the USPTO, S-A requests, as part of this motion, that the Court order IPG to identify all prior art of which it is currently aware.   S-A will, in turn, submit all such material prior art to the USPTO for consideration in the reexamination proceeding, thereby allowing the USPTO to provide its expert opinion with respect to all of the prior art at issue.

## BACKGROUND OF THE CASE

A.     The '925 Patent.

The '925 patent, which is entitled "Sensitized Erbium Fiber Optical Amplifier and Source," relates to erbium-ytterbium doped silicic optical fiber co-doped with phosphate.  Optical fibers of the type described and claimed in the '925 patent are useful as optical amplifiers in fiber optic communications systems.

**B.     The Relationship of the Parties.**

S-A, the assignee and owner of the '925 patent, is a leading global manufacturer and supplier of products, systems and services that help communication system operators connect consumers with a world of integrated, interactive video, data and voice services.  Of particular relevance to this case is S-A's proprietary fiber optic technology, which offers communication system operators breakthrough levels of network capacity for interactive services.

IPG is a manufacturer of optical fiber lasers and fiber amplifiers for commercial applications.  Upon information and belief, IPG has offered and is currently offering for sale a fiber optic product that infringes one or more claims of the '925 patent, without authorization of S-A.

Upon learning of IPG's potential infringement, S-A wrote to IPG to request confirmation that IPG will not make, use, sell, offer for sale, or import any product which infringes the '925 patent.  In response to S-A's request, IPG alleged that it had conducted an investigation that "uncovered numerous items of invalidating prior art that were not considered by the Patent Office during prosecution of the '925 patent." Letter from K. Glitzenstein to P. Flynn, dated October 6, 2003.  Despite IPG's claim to uncovering numerous pieces of prior art, IPG has only identified a single prior art reference—a 1988 paper entitled "Efficient Operation of an Yb-Sensitised Er Fibre Laser at 1.56 μm," by M.E. Fermann et al. (the "Fermann reference")—to S-A.

The Fermann reference was considered by the USPTO as part of the prosecution of the application to which the '925 patent claims priority, but the Fermann reference is not listed on the face of the '925 patent as having been considered by the USPTO as part of the prosecution of the '925 patent itself.  Accordingly, in order to clear the record with respect to the validity of the '925 patent in light of IPG's assertions, S-A has requested that the USPTO reexamine the '925 patent in light of the Fermann reference.[2] (A copy of S-A's Request for *Ex Parte* Reexamination of the U.S. Pat. No. 5,225,925 is attached hereto as Exhibit "A".)

C.     **Reexamination Proceedings.**

"A reexamination proceeding is an administrative proceeding conducted by [the] PTO for the purpose of determining the validity of an existing patent." *Softview Computer Prods. Corp. v. Haworth, Inc.,* No. 97 CIV 8815, 2000 WL 1134471, at *1 (S.D.N.Y Aug. 10, 2000).  The reexamination process "provide[s] a useful and necessary alternative for challengers and for patent owners to test the validity of United States patents in an efficient and relatively inexpensive manner." *Emhart Indus., Inc.  v. Sankyo Seiki Mfg., Co.,* 3 U.S.P.Q.2d 1889, 1890 (N.D. Ill. 1987).  "When a petition for reexamination is filed, the PTO must decide within three months whether there is a

---

[2] S-A believes that it was compelled to move forward with the filing this patent infringement action against IPG in addition to filing the request for reexamination because S-A believes that IPG infringes one or more claims of the '925 patent that are not affected by the Fermann reference, and yet, IPG has refused to comply with S-A's request that it cease its infringing activities.  In addition, because of the time it has taken S-A to obtain and test a sample of IPG's accused product to confirm infringement before filing suit, S-A believes that it was necessary to file suit to avoid any claims of laches for any delay in filing suit.  *See, e.g., Wanlass v. Fedders Corp.,* 145 F.3d 1461, 1463-1464 (Fed. Cir. 1998) (discussing defense of laches in a patent infringement suit).

substantial question of patentability." *Robert H. Harris Co. v. Metal Mfg. Co.,* 19 U.S.P.Q.2d 1786, 1788 (E.D. Ark. 1991) (citing 35 U.S.C. § 303(a)).  The USPTO Manual of Patent Examining Procedure ("MPEP") provides for an expedited reexamination procedure in the event of stayed litigation.  *See* MPEP §§ 2261, 2286.

"When the entire reexamination process is complete . . . the Commissioner will issue an order that either affirms the validity of the patent, cancels the patent, or modifies the patent." *Bausch & Lomb Inc. v. Alcon Labs., Inc.*, 914 F. Supp. 951, 952 (W.D.N.Y. 1996).  The reexamination process is conducted on a claim-by-claim basis. Hence, if a reexamination of the patent is granted, some claims may be modified and some claims may remain unchanged.  *See* 35 U.S.C. § 307.

For the reasons set forth below, S-A believes that it makes sense to stay the litigation pending the USPTO's decision with respect to the reexamination of the '925 patent.

## ARGUMENT

A.    **Stays of Patent Litigation Pending Reexamination are Advantageous to Both the Court and the Parties and are Routinely Granted.**

The district courts have inherent power to manage their dockets, including the authority to order a stay of litigation pending the outcome of reexamination proceedings in the USPTO.  *See Gould v. Control Laser Corp.*, 705 F.2d 1340 (Fed. Cir. 1983); *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426 (Fed. Cir. 1980).  "'There is a liberal policy in favor of granting motions to stay proceedings pending the outcome of

reexamination proceedings.'"  *Target Therapeutics, Inc. v. SciMed Life Sys., Inc.*, 33 U.S.P.Q.2d 2022, 2023 (N.D. Cal. 1995).  Indeed, Congress enacted the reexamination procedure "'to provide an inexpensive, expedient means of determining patent validity which, if available and practical, should be deferred to by the courts . . .' especially where the infringement litigation is in the early stages."  *Softview Computer Prods. Corp.,* 2000 WL 1134471, at *1; *see also Gould*, 705 F.2d at 1342.

By establishing the reexamination process, Congress intended the Courts and patent litigants to benefit from the many advantages of allowing the expertise of the USPTO to resolve patent validity issues.  "A number of courts have recognized the advantages of staying a pending infringement action until completion of a reexamination request."  *Robert H. Harris Co.,* 19 U.S.P.Q.2d at 1788.  These advantages, enumerated in many opinions, include:

(1)    All prior art presented to the Court will have been first considered by the PTO, with its particular expertise.

(2)    Many discovery problems relating to prior art can be alleviated by the PTO examination.

(3)    In those cases resulting in effective invalidity of the patent, the suit will likely be dismissed.

(4)    The outcome of the reexamination may encourage a settlement without the further use of the Court.

(5)    The record of reexamination would likely be entered at trial, thereby reducing the complexity and length of the litigation.

(6)    Issues, defenses, and evidence will be more easily limited in pre-trial conferences after a reexamination.

(7)    The cost will likely be reduced both for the parties and the Court.

*See, e.g., id. at 1789 (*quoting *Emhart Indus.,* 3 U.S.P.Q.2d at 1890); *Alloc, Inc. v. Unilin Décor N.V.,* No. Civ.A. 03-253-GMS, 2003 WL 21640372, at *2 (D. Del. July 11, 2003).

In determining whether to stay litigation pending reexamination by the USPTO, the court's discretion is guided by the following factors:  (1) whether a stay will simplify the issues in question and trial of the case; (2) whether discovery has been completed and whether a trial date has been set; and (3) whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party.  *See, e.g., Gioello Enters. Ltd. v. Mattel, Inc.,* No. C.A. 99-375 GMS, 2001 WL 125340, at *1 (D. Del. Jan. 29, 2001); *Guthy-Renker Fitness L.L.C. v. Icon Health & Fitness Inc.,* 48 U.S.P.Q.2d 1058, 1060 (C.D. Cal. 1998).

**B.    The Relevant Factors Weigh Heavily in Favor of Staying the Litigation Pending Reexamination.**

> **1.    The USPTO examiners are trained to resolve complex validity questions thereby simplifying issues for trial.**

The USPTO's particular expertise in technology and the law is a significant factor in staying litigation in favor of reexamination proceedings.  *See, e.g., Ethicon, Inc.,* 849 F.2d at 1426 ("[A]n advantage of the reexamination process is that it allows the validity of a patent to be 'tested in the Patent Office where the most expert opinions exist and at a much reduced cost.'" (quoting 1980 U.S.C.C.A.N. 6460, 6463); *Loffland Bros. Co. v. Mid-Western Energy Corp.,* 225 U.S.P.Q. 886, 887 (W.D. Okla. 1985) ("The technical expertise provided by the reexamination proceeding, including a final determination by the PTO

examiner, will be extremely helpful . . . should further consideration of this matter be necessary."); *Alloc, Inc.*, 2003 WL 21640372, at *2 ("The court will gain the benefit of the PTO's particular expertise in evaluating the prior art.").

Under the USPTO's procedures, "a Patent Examiner who is familiar with the technology involved with the patent conducts the reexamination." *Emhart*, 3 U.S.P.Q.2d at 1890; *see also* MPEP § 2236.  In cases such as the present one, where the technology—optical fiber composition and properties—is specialized and complex, the patent examiner's technical expertise strongly weighs in favor of staying the litigation in deference to the USPTO.  *See, e.g., GPAC, Inc. v. D.W.W. Enters., Inc.*, 144 F.R.D. 60, 63 (D.N.J. 1992) ("This Court is equally impressed that the PTO may be in a better position to evaluate the validity of the [patent-at-issue] especially in view of the prior art references. The requisite technical acumen is better represented in the PTO.").

Consideration by the USPTO of any validity issues raised by IPG will narrow or eliminate the issues at trial and therefore conserve judicial resources.  *See, e.g., Zilog, Inc. v. Quicklogic Corp.*, No. C 03-03725, 2004 WL 2452850, at *3 (N.D. Cal. Mar. 31, 2004) ("The Court holds that a stay will simplify the issues in this case."); *Emhart*, 3 U.S.P.Q.2d at 1892 ("Clearly … the end result of the reexamination proceedings will be to simplify the issues and reduce the complexity of trial.").  This simplification of the issues is achieved whether the reexamination results in a confirmation of the patent's validity or establishes invalidity of some or all of the claims.  *See, e.g., Guthy-Renker Fitness*, 48 U.S.P.Q.2d at 1060 ("[T]he outcome of the reexamination could eliminate the

need for trial if the pertinent claims are cancelled or, if the claims survive, facilitate trial by providing the court with expert opinion of the PTO and clarifying the scope of the claims."). Although Plaintiffs believe it unlikely in this case, "[t]he reexamination procedure has the potential to eliminate trial on the issue of patent infringement, should all of the patent's claims be cancelled." *Loffland Bros.,* 225 U.S.P.Q. at 887.

If a reexamination proceeding invalidates or narrows some of the claims, then the issues at trial will be simplified. It is statistically likely that at least some of the claims will be affected by the reexamination process, and a stay of the litigation would, therefore, prevent wasted discovery and claim interpretation efforts. See, e.g., *Tap Pharm. Prods., Inc. v. Atrix Labs., Inc.*, No. 03 C 7822, 2004 WL 422697, at *2 (N.D. Ill. Mar. 3, 2004) ("Generally speaking, the PTO invalidates 10% of the patents it reexamines and amends the claims in 64%."). As one district court stated:

> The claims of the patent will likely be amended or narrowed during reexamination. The final form of the claims therefore will remain uncertain until the conclusion of the reexamination procedure. It makes sense to ascertain the ultimate scope of the claims before trying to figure out whether defendants' products infringe the patent-in-suit. Absent a stay, the parties may end up conducting a significantly wider scope of discovery than necessary, and the court may waste time examining the validity of claims which are modified or eliminated altogether during reexamination.

*Target Therapeutics*, 33 U.S.P.Q.2d at 2023 (citations omitted); *see also Zilog*, 2004 WL 2452850, at *3 ("[B]ecause it is unknown which claims will be upheld and which ones struck down, a stay would prevent any wasted discovery efforts during the

reexamination period . . . [and] in the likely event that the scope of a claim is narrowed due to amendment, a stay would prevent duplicative claim interpretation efforts." (citations omitted)).

Even if the reexamination affirms all of the claims as issued, the Court will then have the benefit of the USPTO's analysis of the prior art, which will be admissible and of assistance to the Court. *Bausch & Lomb*, 914 F. Supp. at 953.

2.      **Stay pending reexamination is especially favored in the early stages of litigation.**

When a motion for stay pending reexamination of a patent is requested early in the litigation, as in the instant case, a stay of the litigation is particularly favored. *See, e.g., Alloc*, 2003 WL 21640372, at *3 (noting "stay will be entered before any party incurs substantial litigation-related expenses" since discovery had not yet begun, a discovery schedule had not been entered, and no trial date had been set); *Robert H. Harris Co.*, 19 U.S.P.Q.2d at 1789 (granting stay where the "parties have not engaged in expensive discovery or extensive pretrial preparation."); *Guthy-Renker Fitness*, 48 U.S.P.Q.2d at 1060 (granting stay where the "case is in its incipient stages [and the] parties have not engaged in expensive discovery and no trial date has been set").

The present case is in the earliest stages of litigation. IPG has yet to even answer S-A's Complaint and no discovery has been conducted. Because this case is in its nascent stages, granting the present motion will potentially allow the parties and the Court to avoid expensive and time consuming discovery, claim

interpretation, and perhaps trial efforts that may ultimately prove unnecessary. *See, e.g., Minn. Mining & Mfg. Co.*, 2004 WL 1968669, at *4 ("[O]ne factor in determining the propriety of a stay of proceedings in the face of reexamination is the judicial economy that such stay would promote.").

　　3.　　**Defendant will not be prejudiced by staying the present action.**

　　In considering a motion to stay pending reexamination, a Court must balance the benefits of a stay with any potential prejudice to the non-movant. *See, e.g., Robert H. Harris Co.*, 19 U.S.P.Q.2d at 1789 ("Should the reexamination request be granted, some delay will result [, but the] Court . . . is not of the opinion that the delay will be significant and finds that the benefits of the reexamination procedure far outweigh the prejudice to plaintiff resulting from the delay."); *Pegasus Dev. Corp. v. DirectTV, Inc.*, No. Civ. A. 00-1020-GMS, 2003 WL 21105073, at *3 (D. Del. May 14, 2003) ("Although the court regrets a further delay in the present case, it is confident that the advantages of a stay outweigh the costs."). The non-movant generally has the burden of establishing some prejudice that would outweigh the benefits of reexamination. *See, e.g., Target Therapeutics*, 33 U.S.P.Q.2d at 2023 (holding that non-movant "failed to demonstrate that it will suffer undue prejudice if this action is stayed."); *Guthy-Renker Fitness*, 48 U.S.P.Q.2d at 1061 (same).

　　Here, IPG can show no prejudice from the reexamination process because it is designed to address an issue that IPG itself raised as a defense to S-A's infringement claim, *i.e.*, the validity of the '925 patent in view of prior art that IPG itself brought to

S-A's attention.  The USPTO's examiners are well versed in the technology disclosed in the '925 patent and can review the Fermann reference cited by IPG, and any other material prior art that IPG identifies and discloses to S-A, and determine what scope of claims, if any, will survive IPG's challenge.  In fact, it is to IPG's benefit that the validity issue be decided in a reexamination proceeding as opposed to in a litigation, where the patent is presumed valid and the burden of establishing invalidity is higher.  *See Ethicon, Inc.*, 849 F.2d at 1427 ("Before the courts, a patent is presumed valid and the party asserting invalidity must prove the facts to establish invalidity of each claim by clear and convincing evidence.  In a reexamination proceeding, on the other hand, there is no presumption of validity ….") (citations omitted).

Frequently in later stages of litigation litigants opposing reexamination claim prejudice from any ensuing delay.  *See, e.g., Robert H. Harris Co.,* 19 U.S.P.Q.2d at 1789 ("[Plaintiff] argues that defendant seeks a stay solely to prolong the litigation and increase plaintiff's costs.").  IPG, however, can claim no prejudice or tactical disadvantage should the Court stay these proceedings pending reexamination.  As already noted, the litigation is in its earliest stage, so there has been no significant investment of either finances or time by the parties in the litigation from which IPG could claim any resulting prejudice caused by any delay of the litigation.  *See, e.g., Guthy-Renker Fitness*, 48 U.S.P.Q.2d at 1061 ("[The defendant] has failed to demonstrate that it will suffer undue prejudice if this action is stayed … [since] this case is relatively new, and no significant discovery or trial preparation has taken place … [and the

defendant] 'has not demonstrated that substantial expense and time has been invested in this litigation which would militate against a further delay of disposition in this matter.'" (citations omitted)).

Likewise, IPG cannot claim prejudice from delays associated with the reexamination process. All reexamination proceedings must be conducted by the USPTO with "special dispatch," 35 U.S.C. § 305, and the USPTO provides for an expedited reexamination procedure in the event of stayed litigation. *See, e.g., Ethicon, Inc.*, 849 F.2d at 1426 ("[T]he PTO itself has interpreted special dispatch to require that 'reexamination proceedings will be "special" throughout their pendency' in the office, and provides for an accelerated schedule." (citing MPEP § 2261)); *see also* MPEP § 2286.

Accordingly, all of the relevant factors weigh in favor of staying this litigation to allow the expertise of the USPTO to determine the issue of validity of the '925 patent.

C.  **To Ensure That All Material Information is Made Available to the USPTO in Rendering its Decision, IPG Should be Required to Identify All Prior Art of Which it is Aware.**

Although IPG claims to have "uncovered numerous items of invalidating prior art that were not considered by the Patent Office during prosecution of the '925 patent" (Letter from K. Glitzenstein to P. Flynn, dated October 6, 2003), IPG has identified only the Fermann reference to S-A. Accordingly, in order to ensure that all relevant information is before the USPTO to conduct the reexamination proceeding, S-A requests that the Court require IPG to identify all prior art of which it is currently aware that IPG contends may be material to the validity of the '925 patent. S-A will submit any

material prior art references identified by IPG to the USPTO so that it can conduct a complete reexamination of the '925 patent. *See, e.g., Pegasus Dev.*, 2003 WL 21105073, at *2 ("[T]he court will gain the benefit of the PTO's particular expertise, in that all prior art presented to the court will have been first considered by that agency.").

## CONCLUSION

The reexamination process conducted by the USPTO, with its numerous advantages, is an "'inexpensive, expedient means of determining patent validity which, if available and practical, should be deferred to by the courts . . . especially where the infringement litigation is in the early stages." *Softview Computer Prods. Corp.,* 2000 WL 1134471, at *1 (citations omitted). Deference to the USPTO's reexamination process is practical and prudent in the present case. This litigation is still in the earliest of stages, the reexamination process will likely simplify triable issues regarding this technology and no prejudice will result to IPG. Moreover, staying the litigation pending reexamination will conserve the Court's resources. Accordingly, all of the relevant

factors weigh heavily in favor of granting S-A's motion for stay of litigation pending reexamination.

Respectfully submitted, this 19th day of May, 2005.

SCIENTIFIC-ATLANTA, INC.

/s/ Denise W. DeFranco

_____

Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Of Counsel:
Patrick J. Flinn
J. Patrick Elsevier
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Attorneys for SCIENTIFIC-ATLANTA, INC.

## Certificate of Express Mailing under 37 CFR 1.10

I hereby certify that all correspondence listed below is being deposited for delivery with the United States Postal Service under 37 CFR 1.10 on the date indicated below as Express Mail No: <u>EL970104347 US</u> addressed to:

**Mail Stop: *Ex Parte Reexam***
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

On: <u>April 27, 2005</u>

<u>Faye Ropski       770-236-4924</u>
Name / Telephone Number

_____
Signature

In Re Application of: Grubb et al.                     Patent No.: US 5,225,925

Application No: 07/735,387                              Group Art Unit: 2202

Filed: July 24, 1991                                   Examiner: Moskowitz, N.

                                                       Docket No: A-2782

For: **Sensitized Erbium Fiber Optical Amplifier and Source**

### The Following is a list of Documents Enclosed:

| | | |
|---|---|---|
| 1. | X | Transmittal Form (PTO/SB21) (in duplicate) |
| 2. | X | Fee Transmittal (PTO/SB/17) |
| 3. | X | 2 page Ex Parte Reexamination Transmittal (PTO/SB/57) |
| 4. | X | 13 page Request for Ex Parte Reexamination w/ Exhibits A - F |
| 5. | X | 18 page Amendment Pursuant to 37 CFR 1.510(e) |
| 6. | X | 2 page Information Disclosure Statement |
| 7. | X | Form PTO-1449 |
| 8. | X | Copy of cited art  (4 references) |
| 9. | X | Revocation of Power of Attorney (PTO/SB/82) |
| 10. | X | 1 Page Certificate of Express Mailing |
| 11. | X | Return Postcard |

Further, the Commissioner is authorized to charge Deposit Account No. 19-0761 for an additional fees required. The Commissioner is requested to credit any excess fee paid to Deposit Account No. 19-0761.

PTO/SB/57 (04-05)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

(Also referred to as FORM PTO-1465)

# REQUEST FOR *EX PARTE* REEXAMINATION TRANSMITTAL FORM

Address to:
**Mail Stop *Ex Parte* Reexam**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

**Attorney Docket No.:** A-2782

**Date:** April 27, 2005

1. [x] This is a request for *ex parte* reexamination pursuant to 37 CFR 1.510 of patent number 5,225,925
   issued __July 6, 1993__. The request is made by:

   [x] patent owner.          [ ] third party requester.

2. [x] The name and address of the person requesting reexamination is:

   Wm. Brook Lafferty

   Scientific-Atlanta, Inc.

   5030 Sugarloaf Pkwy. - Lawrenceville, GA. 30044

3. [ ] a. A check in the amount of $_____ is enclosed to cover the reexamination fee, 37 CFR 1.20(c)(1);

   [x] b. The Director is hereby authorized to charge the fee as set forth in 37 CFR 1.20(c)(1)
   to Deposit Account No. __19-0761__ (submit duplicative copy for fee processing); or

   [ ] c. Payment by credit card. Form PTO-2038 is attached.

4. [x] Any refund should be made by [ ] check or [x] credit to Deposit Account No. __19-0761__.
   37 CFR 1.26(c). If payment is made by credit card, refund must be to credit card account.

5. [x] A copy of the patent to be reexamined having a double column format on one side of a separate paper is
   enclosed. 37 CFR 1.510(b)(4)

6. [ ] CD-ROM or CD-R in duplicate, Computer Program (Appendix) or large table
   [ ] Landscape Table on CD

7. [ ] Nucleotide and/or Amino Acid Sequence Submission
   *If applicable, items a. – c. are required.*

   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM (2 copies) or CD-R (2 copies); **or**
      ii. [ ] paper
   c. [ ] Statements verifying identity of above copies

8. [ ] A copy of any disclaimer, certificate of correction or reexamination certificate issued in the patent is included.

9. [x] Reexamination of claim(s) 1-6, 8, 9,11,14,15,19,20,30-32, 34 is requested.

10. [x] A copy of every patent or printed publication relied upon is submitted herewith including a listing thereof on
    Form PTO/SB/08, PTO-1449, or equivalent.

11. [ ] An English language translation of all necessary and pertinent non-English language patents and/or printed
    publications is included.

[Page 1 of 2]

This collection of information is required by 37 CFR 1.510. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop *Ex Parte* Reexam, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/57 (04-05)
Approved for use through 04/30/2007, OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

12. [X] The attached detailed request includes at least the following items:

    a. A statement identifying each substantial new question of patentability based on prior patents and printed publications. 37 CFR 1.510(b)(1)
    b. An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to every claim for which reexamination is requested. 37 CFR 1.510(b)(2)

13. [X] A proposed amendment is included (only where the patent owner is the requester). 37 CFR 1.510(e)

14. [ ]   a. It is certified that a copy of this request (if filed by other than the patent owner) has been served in its entirety on the patent owner as provided in 37 CFR 1.33(c).
    The name and address of the party served and the date of service are:

_____

_____

_____

Date of Service: _____ ; or

    [ ] b. A duplicate copy is enclosed since service on patent owner was not possible.

15. Correspondence Address: Direct all communication about the reexamination to:

[X] The address associated with Customer Number: | 5642

**OR**

[ ] Firm or Individual Name

Address

| City | State | Zip |
|------|-------|-----|
| Country | | |
| Telephone | Email | |

16. [X] The patent is currently the subject of the following concurrent proceeding(s):
    [ ] a. Copending reissue Application No. _____.
    [ ] b. Copending reexamination Control No. _____.
    [ ] c. Copending Interference No. _____.
    [X] d. Copending litigation styled:

    Scientific-Atlanta, Inc. Vs. IPG Photonics Corp.

    *CASE NO. 05-10850 MEL    DISTRICT OF MASS.*

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Authorized Signature _____     Date 27 Apr. 05

Typed/Printed Name: Wm. Brook Lafferty

Registration No. 39,259

[ ] For Patent Owner Requester
[ ] For Third Party Requester

[Page 2 of 2]

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re U.S. patent of:                         )
                                              )
Stephen G. Grubb, et al.                      )
Patent No. 5,225,925                          )
Issued July 6, 1993                           )
                                              )
SENSITIZED ERBIUM FIBER                       )
OPTICAL AMPLIFIER AND SOURCE                  )

## REQUEST FOR *EX PARTE* REEXAMINATION OF U.S. PAT. NO. 5,225,925

Mail Stop *Ex Parte* Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

Scientific-Atlanta, Inc. (hereinafter "S-A" or "Requester") requests reexamination under 35 U.S.C. §§302-307 and 37 C.F.R. §§1.510-1.570 of United States Patent No. 5,225,925 to *Grubb et al.* (hereinafter the "'925 patent"), based upon a substantial new question of patentability with respect to claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32, and 34 of the '925 patent. The application for the '925 patent was a continuation-in-part of U.S. Pat. App. No. 644,460, filed Jan 23, 1991, which is now abandoned.  A full copy of U.S. Patent No. 5,225,925 is attached as Exhibit A.

Authorization is hereby given to charge Deposit Account No. 19-0761 to cover the Request for Reexamination filing fee under 37 C.F.R. §1.20(c)(1), along with any other fees that may be incurred by S-A in connection with this proceeding.

Pursuant to 37 CFR § 1.510(5), Scientific-Atlanta, Inc. has not served a copy of this Request for Reexamination on any other party because Scientific-Atlanta, Inc. is the owner of the '925 patent.

Request for Reexamination – U.S. Pat. No. 5,225,925

## TABLE OF CONTENTS

I.   OVERVIEW ..................................................................................................... 3

    A.  Scientific-Atlanta, Inc. owns U.S. Pat. No. 5,225,925 ..................................... 3

    B.  Other Proceedings Involving the '925 patent ............................................... 3

    C.  Claims for which Reexamination is requested ............................................. 4

    D.  The '925 patent's file history cites *Fermann* .......................................... 4

II.  STATEMENT OF SUBSTANTIAL NEW QUESTION OF PATENTABILITY ............ 5

    A.  Previously cited art no longer precludes Reexamination ............................... 5

    B.  *Fermann* discloses silicic optical fiber having phosphate and
    alumina concentrations of 5 mole percent and a ytterbium to erbium
    ratio of 21:1 as claimed in the '925 patent ................................................ 5

    C.  Application of *Fermann* to claims for which Reexam is requested ................. 6

    D.  Amendment to overcome *Fermann* ...................................................... 12

III. CONCLUSION ............................................................................................ 13

Request for Reexamination – U.S. Pat. No. 5,225,925

# I. OVERVIEW

## A. Scientific-Atlanta, Inc. owns U.S. Pat. No. 5,225,925

S-A is the assignee of all right, title and interest in and to the '925 patent. As seen on the cover page, the '925 patent was, at the time of issue, assigned to Amoco Corporation. Amoco subsequently spun off ATX Telecom Systems, Inc., assigning the '925 patent to it. (See Reel/Frame 008104/0178). ATX Telecom Systems was acquired by S-A in 1998, and subsequently merged into S-A. (Exhibit B). As a result of this merger, S-A obtained the rights to the '925 patent. S-A has filed documentation to record its interest in the '925 patent. (Exhibit C).

## B. Other Proceedings Involving the '925 patent

Litigation styled <u>Scientific-Atlanta, Inc. vs. IPG Photonics Corporation,</u> Case No. 05-10850 MEL, was filed April 27, 2005 in the United States District Court for the District of Massachusetts. In that case, S-A has alleged that IPG Photonics is liable for direct, induced, and contributory infringement of the '925 patent, and seeks monetary and injunctive relief. A copy of the complaint is attached hereto as Exhibit D. IPG Photonics has not yet filed its Answer.

The '925 patent is not now, nor has it been, the subject of any other litigation, reexamination, reissue or interference proceeding.

Request for Reexamination – U.S. Pat. No. 5,225,925

### C. Claims for which Reexamination is requested

Pursuant to 35 U.S.C. §§302-307 and 37 C.F.R. §§1.510-1.570, reexamination is requested of claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32, and 34 of the '925 patent in view of a publication to *Fermann et al.* entitled "Efficient Operation of an Yb-Sensitized Er Fibre Laser at 1.56 μm", published on September 1, 1988, in the *Electronics Journal* (hereinafter "*Fermann*"). *Fermann* is attached hereto as Exhibit E and is listed on an Information Disclosure Statement and Form PTO 1449, both of which are transmitted concurrently herewith. S-A also submits herewith an amendment amending some, but not all claims of the '925 patent and adding new claims 40-52 which define subject matter patentably distinct from *Fermann*. Therefore, S-A also requests examination of new claims 40-52.

### D. The '925 patent's file history cites *Fermann*

The '925 patent was filed as a continuation-in-part of U.S. Pat. App. Serial No. 644,460, filed Jan 23, 1991, which is now abandoned. *Fermann* was cited on Form PTO-892 as reference T in connection with the prosecution of the '460 application, but was not applied by the Examiner. Form PTO-892 from the '460 application is attached as Exhibit F. *Fermann* was neither cited nor relied upon by the Examiner during the prosecution of the '925 patent.[1] Since *Fermann* was not specifically addressed in the prosecution of the '925 patent, S-A believes *Fermann* raises a substantial new question of patentability. S-A did not conduct prosecution of either the '460 application or the '925 patent and hence was not aware of *Fermann*. *Fermann* was recently brought to S-A's attention by IPG Photonics during pre-suit correspondence in which the validity of the '925 patent was challenged.

---

[1] See § 609 of the MPEP stating information considered in a parent application need not be resubmitted in a corresponding continuation-in-part application.

Request for Reexamination – U.S. Pat. No. 5,225,925

## II. STATEMENT OF SUBSTANTIAL NEW QUESTION OF PATENTABILITY

### A. Previously cited art no longer precludes Reexamination

At any point during the period of enforceability of a patent, anyone may request a reexamination of any claim based upon a substantial new question of patentability raised by prior art patents or publications. 37 C.F.R. § 1.510. The standard as to what constitutes a "substantial new question of patentability" has evolved since Congress first enacted 35 U.S.C. § 302 authorizing *ex parte* reexamination. Recently enacted Pub. L. 107-273 §13105(a) broadens the scope of prior art considered in reexamination to include already cited and considered references. The pertinent part of Pub. L. 107-273 §13105(a) amended 35 U.S.C. § 303(a) to state that "[t]he existence of a substantial new question of patentability is **not** precluded by the fact that a patent or printed publication was previously cited by or to the Office or considered by the Office." (emphasis added). Therefore, even if *Fermann* had already been considered as prior art, it may still be applied here to raise a substantial new question of patentability, and thereby serve as an independent basis for initiating reexamination.

### B. *Fermann* discloses silicic optical fiber having phosphate and alumina concentrations of 5 mole percent and a ytterbium to erbium ratio of 21:1 as claimed in the '925 patent

*Fermann* raises a substantial new question of patentability in that it discloses a silica-based optical fiber as a host glass doped with erbium and ytterbium. In particular, *Fermann* discloses a silica-based optical fiber further doped with 5 mole percent alumina and 5 mole percent phosphate. (page 1135, column 2, lines 44-47). *Fermann* also describes a fast nonradiative decay from the erbium $^4I_{11/2}$ level to the erbium $^4I_{13/2}$ level to prevent back transfer

Request for Reexamination – U.S. Pat. No. 5,225,925

of energy to the ytterbium. *Fermann* also describes a ratio of ytterbium ions to erbium ions of 21:1. (page 1135, column 2, lines 48-49). Consequently, S-A believes claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32, and 34 of the '925 patent may be anticipated by *Fermann* and, therefore, S-A asserts *Fermann* raises a substantial new question of patentability. *Fermann* does not however disclose any range of phosphate or alumina concentrations other that 5 mole percent or any ratio of ytterbium ions to erbium ions other than 21:1.

## C. Application of *Fermann* to claims for which Reexam is requested

*Fermann* raises a substantial new question of patentability with respect to Claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32 and 34. Claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32 and 34 are set forth below with the corresponding recited features of *Fermann*.

The '529 patent:                                          *Fermann*

| Claim 1: | Column 1, lines 66-68: |
|---|---|
| A silicic optical fiber for use in optical amplifiers and sources, comprising:<br><br>    a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;<br><br>    a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and | "Erbium doped glass has long been recognized as an important laser material, particularly for applications in optical fibre communications"<br><br>Column 2, lines 10-15:<br><br>"… use glass which is codoped, or sensitized, with material which absorb in desirable spectral bands. Optically pumping a suitable codopant can lead to efficient transfer of excitation to the laser active material. Very early on ytterbium was shown to be a suitable sensitizer for Er, giving efficient energy transfer." |

Request for Reexamination – U.S. Pat. No. 5,225,925

| | |
|---|---|
| a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions. | Column 2, lines 39-41:<br><br>"The probability of energy transfer between ions decays rapidly with ion separation. Efficient transfer consequently requires high doping levels."<br><br>Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
| Claim 2:<br><br>"said erbium ion concentration is in the range of 100 to 10,000 ppm. | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)."<br><br>1 million x 0.08% = 800 ppm Er |
| Claim 3:<br><br>"said erbium ion concentration is between approximately 500 to 5,000 ppm. | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)."<br><br>1 million x 0.08% = 800 ppm Er |

Request for Reexamination – U.S. Pat. No. 5,225,925

| Claim 4:<br><br>"said erbium ion concentration is approximately 1,000 ppm. | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)."<br><br>1 million x 0.08% = 800 ppm Er |
|---|---|
| Claim 5:<br><br>"said ytterbium ion concentration is in the range of 1,000 to 100,000 ppm." | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)."<br><br>1 million x 1.7% = 17,000 ppm Yb |
| Claim 6:<br><br>"said ytterbium ion concentration is in the range of 3,000 to 50,000 ppm." | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)."<br><br>1 million x 1.7% = 17,000 ppm Yb |
| Claim 7:<br><br>"said ytterbium ion concentration is approximately 30,000 ppm." | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)."<br><br>1 million x 1.7% = 17,000 ppm Yb |

Request for Reexamination – U.S. Pat. No. 5,225,925

| Claim 8:

"said phosphate concentration is in the range of 2 to 25 mole percent." | Column 2, lines 44-49:

"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
|---|---|
| Claim 9:

"said phosphate concentration is between approximately 5 and 15 mole percent." | Column 2, lines 44-49:

"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
| Claim 11:

"the proportion of said ytterbium ions to said erbium ions is in the range of 4:1 to 80:1." | Column 2, lines 44-49:

"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
| Claim 14:

"said fiber has no more than approximately 8 mole percent alumina." | Column 2, lines 44-49:

"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |

Request for Reexamination – U.S. Pat. No. 5,225,925

| Claim 15: | Column 2, lines 44-49: |
|---|---|
| "said fiber has less than approximately 5 mole percent concentration of alumina." | "The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
| Claim 19: | Column 2, line 75 to Column 3, line 3: |
| "said radiation produced by said erbium ions is in the range of 1500 to 1650 nm." | "This shift, from 1.568 $\mu$m at 2.8m to 1.549 $\mu$m at 25 cm, results from preferential lasing to lower levels in the Er ground state multiplet." |
| Claim 20: | Column 2, line 75 to Column 3, line 3: |
| "said radiation produced by said erbium ions is between approximately 1500 and 1580 nm." | "This shift, from 1.568 $\mu$m at 2.8 m to 1.549 $\mu$m at 25 cm, results from preferential lasing to lower levels in the Er ground state multiplet." |
| Claim 30:<br><br>A silica optical fiber for use in optical amplifiers and sources, comprising:<br><br>a concentration of erbium ions in the range of 100 to 10,000 ppm for providing radiation when the quantum energy level of said erbium ions decays from the $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;<br><br>a concentration of ytterbium ions in the range of 1,000 to 100,000 for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the | Column 1, lines 66-68:<br><br>"Erbium doped glass has long been recognized as an important laser material, particularly for applications in optical fibre communications"<br><br>Column 2, lines 10-15:<br><br>"... use glass which is codoped, or sensitized, with material which absorb in desirable spectral bands.  Optically pumping a suitable codopant can lead to efficient transfer of excitation to the laser active material.  Very early on ytterbium was shown to be a suitable sensitizer for Er, giving efficient energy transfer." |

Request for Reexamination – U.S. Pat. No. 5,225,925

| | |
|---|---|
| $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and<br><br>a concentration of phosphate in the range of 2 to 25 mole percent for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions. | Column 2, lines 39-41:<br><br>"The probability of energy transfer between ions decays rapidly with ion separation. Efficient transfer consequently requires high doping levels."<br><br>Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
| Claim 31:<br><br>"the proportion of said ytterbium ions to said erbium ions is in the range of 4:1 to 80:1." | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
| Claim 32:<br><br>"said fiber has no more than approximately 8 mole percent alumina." | Column 2, lines 44-49:<br><br>"The host glass used in our fibre was silica based with doping levels of 5 mole percent of $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and Yb and Er concentrations of approximately 1.7% and 0.080 %, respectively (21:1 ratio)." |
| Claim 34:<br><br>"said radiation produced by said erbium ions is in the range of 1500 to 1650 nm." | Column 2, line 75 to Column 3, line 3:<br><br>"This shift, from 1.568 μm at 2.8m to 1.549 μm at 25 cm, results from preferential lasing to lower levels in the Er ground state multiplet." |

Request for Reexamination – U.S. Pat. No. 5,225,925

### D.    Amendment to overcome *Fermann*

Pursuant to 37 CFR §1.510(e), S-A submits herewith a amendment to overcome the *Fermann* reference.   S-A has amended independent claims 1 and 30 to recite a phosphate concentration in the range of greater than 5 mole percent to 25 mole percent.   Dependant claims 9 and 10 are amended to recite a phosphate concentration in the range of approximately 11 to 20 mole percent and approximately 15 mole percent, respectively.   Support for these proposed claim amendments exists in the original claims themselves as well as at column 11, lines 44-50, and in Table III of the '925 patent.

Original dependant claims 22 and 27-29 were each amended to become independent claims by including the subject matter of original independent claim 1.   Therefore, amended claims 22 and 27-29 stand alone because they do not include the amendments of presently amended claim 1.   Support for these amendments exists in the original claims themselves as well as in column 15, lines 34-44, and column 11, line 63-65.

The amendment also adds new claims 40-52.   New independent claim 40 is derived from the combination of original claim 1 and original dependant claim 11, however, new claim 40 recites a proportion of ytterbium ions to erbium ions in a range of approximately 25:1 to 80:1.   Support for this amendment is at column 14, lines 45-50 of the '925 patent.

Since claims 22 and 27-29 are now recited in independent form, S-A has added new dependant claims 41-48.   Claims 41-48 incoprporate the subject matter of original claims 22 and 27-29, and depend from presently amended claim 1.

As asserted above, *Fermann* does not disclose a concentration of alumina in any range other than 5 mole percent.   Therefore, new claims 49-52 are directed to an alumina concentration

Request for Reexamination – U.S. Pat. No. 5,225,925

of less than 5 mole percent. In particular, new dependant claims 50-52, which depend from new independent claim 49, are directed to alumina concentrations of less than 4, less than 3, and less than 1 mole percent, respectively. Support for these amendments exist in column 11, lines 47-50, and in Table III of the '925 patent.

S-A further requested cancellation of dependant claim 8.

Claims 2-7, 11-21, 23-26 and 31-39 were not amended and are believed patentable over *Fermann*.

No new matter is added as a result of the proposed amendment. Entry of the amendment filed herewith is respectfully requested.

## III. CONCLUSION

For the foregoing reasons, it is submitted that *Fermann* raises a substantial new question of patentability concerning claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32, and 34 of the '925 patent. Accordingly, the present Request for Reexamination of the '925 patent should be granted.

Respectfully submitted,

By: _____
Wm. Brook Lafferty
Attorney of Record
Reg. No.: 39,259
Phone: (770) 236-2114
Fax No.: (770) 236-4806

**SEND CORRESPONDENCE TO:**
Scientific-Atlanta, Inc.
Intellectual Property Dept. MS 4.3.510
5030 Sugarloaf Parkway
Lawrenceville, GA 30044

**Certificate of Mailing**

I hereby certify that this correspondence is being deposited with the United States Postal Service under 37 CFR 1.10 on the date indicated below as Express Mail EL 970104347 US in an envelope addressed to: Mail Stop: *Ex Parte Reexam*
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

On April 27, 2005

_____
Faye Ropski

US005225925A

# United States Patent [19]

## Grubb et al.

[11] Patent Number: **5,225,925**

[45] Date of Patent: **Jul. 6, 1993**

[54] **SENSITIZED ERBIUM FIBER OPTICAL AMPLIFIER AND SOURCE**

[75] Inventors: **Stephen G. Grubb**, Naperville; **Douglas W. Anthon**, Wheaton, both of Ill.; **William L. Barnes**, Basset; **Janet E. Townsend**, Hamble, both of United Kingdom

[73] Assignee: **Amoco Corporation**, Chicago, Ill.

[21] Appl. No.: **735,387**

[22] Filed: **Jul. 24, 1991**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 644,460, Jan. 23, 1991.

[51] Int. Cl.$^5$ .................................................. H01S 3/16

[52] U.S. Cl. ............................ **359/341**; 359/343; 372/6

[58] Field of Search ............... 359/341, 343; 385/1; 372/6; 501/45

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,533,956 | 10/1970 | Snitzer | 359/341 |
| 3,590,004 | 6/1971 | Woodcock | 359/341 |
| 3,731,226 | 5/1973 | Snitzer et al. | 359/341 |
| 3,978,427 | 8/1976 | Truscott | 372/6 |
| 3,979,322 | 9/1976 | Aleexeev et al. | 372/6 |
| 4,248,732 | 2/1981 | Myers et al. | 501/45 |
| 4,938,556 | 7/1990 | Digonnet et al. | 359/341 |
| 4,962,067 | 10/1990 | Myers | 501/45 |
| 5,032,315 | 7/1991 | Hayden et al. | 252/301.4 P |
| 5,053,360 | 10/1991 | Myers et al. | 501/48 |

#### FOREIGN PATENT DOCUMENTS

262018  11/1988  German Democratic Rep. .

0191029  9/1985  Japan .......................................... 501/45

## OTHER PUBLICATIONS

Grubb et al.; IEEE Photonics. Lett., vol. 4, #6, pp. 553–555, Jun. 1992.
Artemen et al.; Opt. Spectrosc., vol. 54, #2, pp. 157–161; Feb. 1983.
Barnes et al.; Jour. Lightwave Tech.; vol. 7, #10, Oct. 1989, pp. 1461–1465.
Artemen et al.; Sov. J. Quant. Electron.; vol. 11, #9, Sep. 1981, pp. 1266–1268 (abstract only provided).
Hanna et al.; Optics Communication, vol. 63, #6, Sep. 15, 1987, pp. 417–420.

*Primary Examiner*—Nelson Moskowitz
*Attorney, Agent, or Firm*—Steven G. Mican

[57] **ABSTRACT**

An optical fiber for amplifying or sourcing a light signal in a single transverse mode. The fiber comprises a host glass doped with erbium (Er) and a sensitizer such as ytterbium (Yb) or iron (Fe). Preferably the host glass is doped silicic glass (e.g., phosphate or borate doped). Electrical energy is provided to diode lasers that pump the Nd laser rod, which in turn pumps the fiber. Such a configuration for pumping the fiber provides a high energy transfer from the diodes to the Nd laser rod, which in turn enables high pumping powers to be coupled into the single-mode co-doped fiber. Based on the amplification characteristics of the co-doped fiber and the efficient coupling of power from the laser diodes, the amplifier provides power and small signal gains comparable to the best observed, while requiring only conventional and readily available diode-based pump sources.

39 Claims, 6 Drawing Sheets



**EXHIBIT A**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



5,225,925

1

## SENSITIZED ERBIUM FIBER OPTICAL AMPLIFIER AND SOURCE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 07/644,460 by Grubb et al., filed Jan. 23, 1991.

### TECHNICAL FIELD OF THE INVENTION

The invention is related to optical amplifiers and sources and, more particularly, to erbium optical fibers for amplifiers and sources pumped by a diode laser source.

### BACKGROUND OF THE INVENTION

Optical amplifiers have attracted a great deal of attention for use in fiber optic communications systems. They exhibit high gain, low noise, negligible crosstalk and intermodulation distortion, bit-rate transparency, and polarization insensitive gain. These properties make optical fibers superior to semiconductor devices as amplifiers in fiber optic systems. Moreover, fiber-based amplifiers do not require conversion from photon energy to electrical energy as do semiconductor devices.

In a communications system of any significant size, there is typically a distribution network that includes long communication paths and nodes where the network branches. In such a network, amplifiers are required in order to maintain the amplitude of the signal and the integrity of any data it carries in route between a source and destination. For these amplifiers to function properly, they must exhibit high small signal gains and/or high output saturation powers.

Application of erbium-doped optical fibers as amplifiers has received a lot of attention recently because the characteristic gain bandwidth of these fibers is within the third telecommunications window of 1.5 microns commonly used in fiber optic communications systems. Recent efforts in designing erbium fiber amplifier systems has focused on providing the optimum wavelength for pumping the erbium, with regard to both the efficiency of the small signal gain and availability of long-lived pump sources having relatively high optical output quality. Diode lasers have been a focus of interest as pumping sources because of their high electrical-to-optical conversion efficiencies, long lives and small size. Because of these qualities, laser diodes are typically considered to be the most commercially viable pump sources.

Many wavelengths and pump sources have been tried for directly pumping erbium in erbium-doped fibers. For example, in order of their representative gain efficiency the following pump wavelengths have been explored: 980 nm (4 dB/mW), 1480 nm (2.5 dB/mW), 532 nm (1.5 dB/mW), 660 nm (0.5 dB/mW), and 807 nm (0.2 dB/mW). Directly pumping erbium at the wavelengths of 980 or 1480 nm is currently the most popular approach and both pump wavelengths have been directly provided by diode lasers.

In terms of gain efficiency, directly pumping an erbium-doped fiber at a wavelength of 980 nm is the most attractive, but availability of diode lasers at this wavelength is limited and serious issues concerning the lifetimes of strained-layer InGaAs diodes at this wavelength have not been resolved. As an alternative to pumping at a wavelength of 980 nm, erbium amplifiers

2

have been pumped on the edge of the 1550 band at 1480 nm with InGaAsP diode lasers. The gain efficiency of pumping at 1480 nm is not as high as pumping at 980 nm, but pump diodes at 1480 nm currently have longer demonstrated lifetimes than diodes at 980 nm. There are some additional advantages to pumping at a wavelength of 1480 nm. One advantage is that the pump wavelength is close to the signal wavelength and therefore it is relatively easy to ensure single-mode operation of the erbium fiber at the pump wavelength, a condition necessary to achieve efficient gain. The gain profile for pumping at 1480 nm is also broader than for pumping at 980 nm, an advantage for wavelength division multiplying (WDM) applications. Conversely, the noise performance of a 1480 nm pumped erbium fiber amplifier is intrinsically worse than a 980 nm pumped amplifier due to the lower value of the inversion parameter.

Although some degree of success has been achieved toward the goal of providing an erbium-doped fiber amplifier having high small signal gain efficiency and long life, the power saturation output remains relatively low (R. Baker, *Physics World*, pp. 41–44, March 1990.). The power saturation output of a fiber is typically given as the output power (dBm) that decreases the small signal gain by three (3) decibels (dB). In general, a fiber is characterized by a steady small signal gain that is maintained over a wide range of power outputs (i.e., photon density). As the input signal of the fiber increases in power, the power of the output signal reaches a saturation condition that causes the small signal gain to decrease with any additional increase in the power of the input signal.

In order to increase the level of power saturation in erbium-doped fiber pumping at the wavelength of 532 nm has attracted a great deal of attention because of the availability of frequency-doubled, diode-pumped Nd:YAG lasers of high output power and high spatial mode quality (A. Righetti et al., Electr. Lett., 26(5), p. 330, 1990). The overall efficiency (i.e., electron-to-photon conversion) of any erbium amplifier system based on frequency-doubled diode-pumped lasers, however, is very low (i.e., 2% at 532 nm compared to 15% for the fundamental frequency) precluding its use in some applications such as repeaters.

Although laser diodes at 808 nm are widely available, their use as pumps for erbium fiber amplifiers has generally been dismissed because of the strong excited-state absorption (ESA) of erbium at 807 nm, which seriously limits the efficiency of such amplifiers. As a result of the intense ESA in the 807 nm pump band for an erbium fiber, only small gains have been observed (e.g., six dB-T.J. Whitely, "Laser Diode Pumped Operation of Er³⁺-Doped Fibre Amplifiers" *Electron. Lett.* 1988, No. 24; p. 1537)

A laser based on a ytterbium-erbium co-doped phosphatic glass rod has been pumped by a Nd:YAG laser at its 1064 nm output. Hanna et al., "A 1.54 μm Er Glass Laser Pumped By A 1.064 μm Nd: YAG Laser", *Optics Communications*, Vol. 63, No. 6, Sep. 15, 1987: pp. 417–420. Hanna et al. reports experimental results indicating the co-doped phosphatic glass rod may make a laser of reasonable gain and efficiency for use as a source of 1540 nm radiation in a communications system.

Hanna et al. speculates that a single mode, co-doped ytterbium-erbium fiber may replace the ytterbium-erbium co-doped phosphatic glass rod in order to pro-

5,225,925

3

vide a low lasing threshold that is compatible with pumping by a low-power Nd:YAG laser, which in turn is pumped by a diode. The low threshold characteristics of the fiber are thought by Hanna et al. to be one modification of their experimental laser that would increase pumping efficiency and allow a low-power Nd:YAG laser to be used as a pump source while maintaining reasonable efficiency characteristics for the co-doped erbium glass laser. Like all bulk laser glass, however, the single-pass gain of the co-doped erbium glass rod laser measured by Hanna et al. is low and, therefore, does not suggest the co-doped glass could be successfully employed in a fiber of an optical amplifier to provide high gain and/or high output saturation power.

## SUMMARY OF THE INVENTION

It is the primary object of the invention to provide an erbium glass optical fiber that is suitable for use in an amplifier or source that may be indirectly pumped by readily available 808 nm laser diodes that produces a much greater power saturation output than previously available from amplifiers or sources pumped by such devices. In this connection, it is also an object of the invention to provide an optical amplifier, having the foregoing characteristic, whose small signal gain is substantially as great as previously available from the best erbium glass optical amplifiers.

It is a specific object of the invention to provide a highly efficient, long-lived erbium glass optical amplifier that is generally suitable for high power applications, particularly in the area of fiber optic communications networks.

It is a further object of the invention to provide an erbium glass optical amplifier having an optical noise figure at or near the quantum limit.

This invention provides for the use of high-power, diode-pumped $Nd^{3+}$ lasers to pump into the broad absorption bands of a sensitizer such a $Yb^{3+}$ or $Fe^{3+}$/$Fe^{2+}$ with subsequent energy transfer to $Er^{3+}$ in co-doped optical fibers. The properties of $Nd^{3+}$ lasers are well known. In this regard, they are relatively efficient and provide a diffraction-limited output. Moreover, because they are well-known and widely used devices, they are reliable. Because of their diffraction limited output characteristic, $Nd^{3-}$ lasers are well suited as a source for coupling high powers into a single-mode optical fiber.

Diode lasers operating at the 808 nm band are also well known. They are reliable and efficient and capable of providing high power outputs. The outputs from these diode lasers, however, are not diffraction limited and typically the coupling into a single mode fiber is poor. Recently, efficient coupling from multistripe diode laser arrays to $Nd^{3+}$ lasers has become available. In this regard, U.S. Pat. No. 4,710,940 to Sipes discloses a highly efficient single-mode Nd:YAG laser pumped by the multimode outputs of laser diode arrays. Using the efficient coupling disclosed in the Sipes patent, applicants have coupled up to 300 mW of power from a commercially available diode-pumped Nd:YAG laser pump source into single-mode optical fiber, a substantially greater amount than has been achieved with any diode laser source directly.

In the invention, highly efficient diode-pumped $Nd^{3+}$ lasers pump the ytterbium and erbium doped, single-mode fiber and couple several hundred milliwatts of power into the fiber, power that is nearly an order of magnitude greater than that possible by directly pump-

4

ing the fiber with a diode laser. Because the output saturation power in an erbium fiber amplifier is a function of the power available from the pump source (rather than a limiting characteristic of a given fiber), the high-power pumping provided by diode-pumped $Nd^{3+}$ lasers leads to larger output saturation powers for the fiber that are of primary interest in power amplifier applications such as fiber optic communications networks.

Sensitizing an erbium fiber by co-doping it with ytterbium or iron has the advantage of overlaying the intense broad absorption of the ytterbium or iron over the relatively narrow and weak absorption bands of erbium. Co-doping drastically decreases the wavelength sensitivity of the pump source and, thereby, allows pumping of the fiber outside the excited state absorption (ESA) bands of erbium. If the erbium can be nearly fully inverted in the sensitized fiber, the noise figure can approach the quantum limit of 3 dB.

The benefit of decreased wavelength sensitivity and reduced ESA achieved by co-doping is somewhat offset in ordinary silicic glass fiber by the limited efficiency of the ytterbium-to-erbium energy transfer and the back transfer of energy from the $^4I_{11/2}$ state of erbium. It has been shown, however, that the transfer of energy from ytterbium to erbium is more efficient in a phosphatic glass. Additionally, the rate of back transfer of energy from erbium to ytterbium is drastically decreased in the phosphatic glass. This is due to the fact that the lifetime of the erbium $^4I_{11/2}$ state in a phosphatic glass is 30 times shorter than in ordinary silicic glass, thereby decreasing the probability of back transfer of energy. In view of the foregoing, the fiber is preferably a ytterbium-erbium, co-doped single mode fiber in a phosphatic glass, a phosphate or borate doped silicic glass fabricated by the chemical vapor deposition (CVD) process, or other hosts and/or selective dopants that minimize the Er $^4I_{11/2}$ lifetime while substantially preserving the Er $^4I_{13/2}$ metastable lifetime.

However, phosphate-doped silicic glass fibers are easily fusion spliced to and they are essentially of the same index of refraction, thus assuring negligible backreflection at the interfaces. Phosphate-based fibers do not have such compatibility. In addition, it is not practical to fabricate a phosphatic glass fiber by the modified chemical vapor deposition process used for silicate-based fibers. A phosphate-doped silicic glass fiber fabricated by the modified chemical vapor deposition process is likely to have lower loss characteristics than the phosphatic glass fibers fabricated by the rod-in-tube method. Fiber parameters such as numerical aperture are also easier to control using the modified chemical vapor deposition process. In view of the foregoing, the fiber is preferably a ytterbium-erbium, co-doped single mode fiber comprising a phosphate-doped silicic glass fabricated by the chemical vapor deposition (CVD) process, a ytterbium-erbium, co-doped single mode fiber comprising a phosphatic glass fabricated by the rod-in-tube method, or other hosts and/or selective dopants that minimize the Er $^4I_{11/2}$ lifetime while substantially preserving the Er $^4I_{13/2}$ metastable lifetime.

## BRIEF DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of an optical communications system incorporating optical amplifiers that utilize erbium glass fibers co-doped with a sensitizer such as ytterbium in accordance with the invention;

5,225,925

| 5 | 6 |

FIG. 2 is a quantum level diagram using conventional spectroscopic notation to illustrate the energy transfer from a laser diode pump source to the sensitizer and then to the erbium of the glass fiber;

FIG. 3 is a cross-sectional view of an erbium fiber in one of the optical amplifiers of FIG. 1;

FIG. 4 is a schematic diagram of one of the optical amplifiers in FIG. 1;

FIG. 5 is a graph of the small signal gain of the amplifier in FIG. 4 with respect to various levels of absorbed pump power; and

FIG. 6 is a graph of the gain of the amplifier in FIG. 4 with respect to the output power of the amplifier, illustrating the power saturation of the amplifier to be at approximately +10 dBm.

FIG. 7 is a graphical representation of the fluorescence spectra of four different optical fibers under 820 nm excitation.

FIG. 8 is a graphical representation of ytterbium fluorescence decay for three different silicic glass optical fibers, one having ytterbium doping alone, another having erbium and ytterbium together, and a third having erbium and ytterbium together with a high concentration of alumina.

## DETAILED DESCRIPTION OF THE INVENTION

Turning to the drawings and referring first to FIG. 1, an exemplary optical communication system is illustrated that incorporates optical amplifiers 11 made according to the invention. The illustrated system employs two distribution stars 13 and 15, each distributing one incoming optical signal into N fiber optic branches 17. Each branch 17 leads to a receiver 19 that may either provide for optical processing of the signal carried by the fiber optics or provide for the conversion of the signal to an electrical signal. An example of the latter is a cable television system, wherein the receivers convert the optical signal to an electrical signal that is received by a CRT monitor connected to each of the receivers.

In the illustrated communications system, an optical signal at a characteristic frequency of 1535 nm is provided by a transmission source 20 such as a cable television operator. The main truck lines 21 and 23 of the system are conventional fiber optic cables designed for low loss transmission at the third telecommunications window about 1.5 μm.

For fiber optic systems in commercial use today, the optical signal typically must be converted to an electrical signal at communications nodes such as the stars 13 and 15 as well as in between the nodes because of the need to amplify the signal before it is distributed. If the signal is not amplified, the signals received into the branches of a node are unacceptably weak for many applications. For example, in a cable television system, a communications node that distributes a signal directly to receivers in the homes of subscribers must have sufficient power to convert to a usable electrical signal. This usually means that the optical signal must be strong enough to be received by a photodiode with a suitably high signal-to-noise ratio. In a multi-channel analog CATV system, the power required to reliably drive a photodiode is relatively high and demands a strong optical signal as its input. Therefore, these types of communications systems that employ optical fibers are required to convert optical signals to electrical signals at the communications nodes in order to amplify the signal before passing it to a branch. Furthermore, if one of the branches carrying an amplified signal is an optical fiber, the signal must be converted again in order to return it to an optical signal for transmission. Such conversions of the signal make the system nodes complex, expensive, inefficient and noisy due to many in-line amplifiers.

In the illustrated communications system, the distribution stars 13 and 15 are all-optical nodes such as 1×N splitters manufactured by Gould Inc. of Glen Burnie, Md. Distribution stars are not commonly used in commercial communications systems today. Heretofore, there has not been available optical amplifiers that are capable of sufficiently boosting the power of the input signal to the star so that each of the output optical signal maintains sufficient power to drive a photodiode.

In the optical communications system of FIG. 1, a high power and high gain optical amplifier 25 made according to the invention is placed at strategic points in the system for the purpose of providing a high power optical signal to each of the distribution stars 13 and 15, thereby allowing the system to maintain the signal as an optical signal until it reaches its destination. The amplifier 25 includes an amplifying fiber that is pumped by a neodymium (Nd) laser rod that in turn is pumped by at least one laser diode that provides a high energy light output. The fiber has an inner core and an outer cladding dimensioned to amplify the light signal in a single mode. The glass of the inner core is doped with erbium ($Er^{3+}$) and a sensitizer such as ytterbium ($Yb^{3+}$) or iron ($Fe^{3+}$ or $Fe^{2+}$). The fiber is end pumped and is coupled at its ends to maintain fibers in a manner that ensures optical feedback is minimized.

Referring now to FIG. 2, a glass fiber according to the invention is co-doped with erbium ($Er^{3+}$) and ytterbium ($Yb^{3+}$). The fiber absorbs 1.06 μm pump radiation. The absorbed radiation excites $Yb^{3+}$ ions from the highest sublevel of the $^2F_{7/2}$ quantum level to the $^2F_{5/2}$ quantum level. The $Yb^{3+}$ ions return to the $^2F_{7/2}$ quantum level as they release energy through a non-radiative transfer that occurs from the $^2F_{5/2}$ quantum level of $Yb^{3+}$ to the $^4I_{11/2}$ quantum level of $Er^{3+}$. The $Er^{3+}$ ions release energy through nonradiative decay that occurs from the $^4I_{11/2}$ quantum level of $Er^{3+}$ to the metastable $^4I_{13/2}$ quantum level of $Er^{3+}$. Finally, the $Er^{3+}$ ions provide amplification emission through radiation that occurs as they release energy from the metastable $^4I_{13/2}$ quantum level to the ground level of $Er^{3+}$ at $^4I_{15/2}$.

In a glass fiber co-doped with $Yb^{3+}$ and $Er^{3+}$, the narrow and relatively weak absorption bands of $Er^{3+}$ at 807 nm and 980 nm are overlaid by the intense and broad absorption of $Yb^{3+}$ centered at 960 nm. By co-doping an $Er^{3+}$ fiber with $Yb^{3+}$, it is not as sensitive to the wavelength of a pump source as it would be if the $Er^{3+}$ were pumped directly since it is the $Yb^{3+}$ that is directly pumped rather than the $Er^{3+}$. Also, co-doping an $Er^{3+}$ fiber with $Yb^{3+}$ allows the fiber to be pumped outside the range of strong excited state absorption (ESA) of $Er^{3+}$. According to the invention, the pump source for the co-doped fiber provides radiation at 1.06 μm, which is absorbed by the $Yb^{3+}$ and then transferred to the $Er^{3+}$. Some ESA can occur when the fiber is pumped in this manner since the 1.06 μm radiation of the pump source can be directly absorbed by the $Er^{3+}$ from the $^4I_{13/2}$ metastable quantum level to the $^4F_{9/2}$ quantum level. Such ESA at 1.06 μm by the $Er^{3+}$ is not strong, however, and the efficiency of the energy trans-

5,225,925

| 7 | 8 |

fer from the pump source to the lasing radiation at 1.54 μm is high.

In the past, co-doped $Er^{3+}/Yb^{3+}$ fibers have been most commonly silicic glass. Such silicic glass fibers have not generated a great deal of interest for commercial applications, however, because of the limited efficiency of the energy transfer from the $^2F_{5/2}$ level of $Yb^{3+}$ to the $^4I_{11/2}$ level of $Er^{3+}$ caused by the back transfer of energy from the $^4I_{11/2}$ level of $Er^{3+}$ to the $^2F_{5/2}$ level. Because of the limited efficiency of the energy transfer from $Yb^{3+}$ to $Er^{3+}$, it was commonly believed that co-doped $Er^{3+}/Yb^{3+}$ fiber performed no better than fiber doped only with $Er^{3+}$ and directly pumped at 808 nm, where a strong ESA occurs. However, it has been recognized that the transfer of energy from $Yb^{3+}$ to $Er^{3+}$ is more efficient in a phosphatic glass than in a silicic glass (E. F. Artem'ev, *Sov. J. Quantum Electron.*, 11(9), 1266, 1981). Specifically, the rate of back transfer from $Er^{3+}$ to $Yb^{3+}$ is drastically decreased in phosphatic glass as compared to silicic glass because the lifetime of the $^4I_{11/2}$ state in $Er^{3+}$ in a phosphatic glass host is approximately 30 times shorter than in silicic glass, thereby decreasing the probability of the back transfer of energy.

Applicants commissioned Schott Glass of Duryea, Pa. to make custom melts of an Er/Yb phosphatic glass, along with an undoped phosphatic glass to be used as the cladding material in the fabrication of the optical fiber 27 shown in FIG. 3. The glass melts were requested to be performed under rigorously dry conditions as water is an efficient quencher of the $^4I_{13/2}$ state of the $Er^{3+}$ ion. For the core 29 of the fiber 27, the base glass was Schott LG-750 (a potassium-barium-aluminum phosphatic glass) doped with a requested 12 percent by weight $Yb^{3+}$ and a range of percents by weight $Er^{3+}$. The glass for the cladding 31 of the fiber was also an LG-750 base glass (undoped with rare-earth ions) and was requested to have an expansion coefficient and glass softening point slightly higher than the doped core glass and a similar glass softening point, while being approximately 0.6% lower in index of refraction. It is desirable for the cladding glass expansion coefficient to be larger than that of the core so that the core is under compression during cooling of the optical fiber. This leads to a low loss interface between the two glasses. The index of refraction of the cladding glass, and therefore the numerical aperture of the fiber, are presently being fine tuned in order to maximize the performance of the fiber by varying the ratios of Ba, K and Na constituent elements in new samples requested from Schott Glass. In order to determine the precise composition of one of the Schott LG-750 glasses, samples of the glass for the core 29 and cladding 31 were prepared for analysis by using a portion of each with a lithium flux. The resulting melt was then dissolved with dilute nitric acid. The solutions were analyzed using conventional emission instrumentation using inductively coupled plasma atomic emission, commonly called ICP. From the spectral line emissions of the samples, the principal, minor and trace constituents of the two glasses were determined. The data resulting from the analysis is set forth below as Table I.

TABLE I

| Sample | Percentage of Element by Weight | | | | | | | |
| | P | Ba | Al | K | Na | Ca | Yb | Er |
|---|---|---|---|---|---|---|---|---|
| Cladding | 25.5 | 19.5 | 5.0 | 8.2 | 0.18 | <0.005 | 0.097 | <.001 |

TABLE I-continued

| Sample | Percentage of Element by Weight | | | | | | | |
| | P | Ba | Al | K | Na | Ca | Yb | Er |
|---|---|---|---|---|---|---|---|---|
| Core | 23.0 | 11.6 | 3.2 | 8.5 | 0.48 | <0.005 | 10.9 | 0.12 |

The glass analyzed in Table I has not provided the best performance characteristics relative to other samples with different percentage doping of $Er^{3+}$. Specifically, the best performance thus far has been for core glass whose percentage doping of $Er^{3+}$ is approximately 0.5 percent and 12 percent by weight $Yb^{3+}$.

In order to fabricate a fiber according to the invention, we requested that the Optical Fibre Group at the University of Southampton, England, fabricate a single-mode optical fiber comprising the best performing glasses, using the rod-in-tube method. Rods of the two glasses for the core cladding were drilled out with an ultrasonic drill. The rods were then fire polished in order to provide smooth surfaces and, therefore, lower losses at the interface. The rods were kept in a furnace at 400° C. for two hours in an attempt to drive off excess water. In this regard, particular attention was directed to fabricating the fiber 27 in a dry atmosphere since it was determined that trace amounts of $H_2O$ leads to excess loss in the 1.5 μm region as well as quenching of the $^4I_{13/2}$ metastable lifetime in $Er^{3+}$. The fabricated fiber 27 had a numerical aperture of 0.14 and a core diameter of 4.9 microns. A relatively large core diameter is desirable since we have noticed a strong quenching effect on the metastable lifetime of the $^4I_{13/2}$ state in $Er^{3+}$ as the core diameter decreases below approximately 5 microns. This effect is possibly due to diffusion of impurities at the interface between the core and cladding.

Although applicants have found the Schott phosphatic glass one suitable host for the invention, other host glasses are preferred, either because of improved optical properties or advantageous fabrication features (e.g., vapor deposition instead of the rod-in-tube method). The important criteria for selecting a host glass is the maintaining of an efficient transfer of energy from the $Yb^{3+}$ to the $Er^{3+}$.

In the preferred embodiment, the Er/Yb energy transfer system is used in a phosphate-doped fused silicic glass fiber. We find that erbium in a silicic glass host that is doped with a small amount of phosphate relative to the aforementioned phosphatic glass is spectroscopically similar to the phosphatic glass fluorescence spectrum. Specifically, we note a factor of two narrowing in the fluorescence of the $^4I_{13/2}$ to $^4I_{15/2}$ emission and significant shortening of the $^4I_{11/2}$ lifetime relative to erbium in a germanosilicate fiber. Furthermore, we find that the addition of a significant amounts of $Al_2O_3$, commonly used to prevent clustering of the rare-earth dopants, leads to a decrease in the energy transfer efficiency of the co-doped Er/Yb system. The phosphatic glass from Schott contained an amount of $Al_2O_3$ that most likely did not allow us to fully optimize the energy transfer efficiency. The phosphate-doped fused silicic glass fiber is easier to fusion splice into a silicic glass fiber system than a phosphatic glass fiber. The phosphate-doped silicic glass fiber also has essentially the same index of refraction as the silicic glass fibers in the system that are coupled to it, thus assuring negligible backreflection at the interfaces. In addition, a silicic glass fiber fabricated by the modified chemical

5,225,925

9

vapor deposition process or other techniques has lower loss characteristics than the phosphate glass fibers fabricated by the rod-in-tube method. Fiber parameters such as numerical aperture are also easier to control. Other host glasses such as borates and phosphoborates may also be suitable for efficient operation of an Er/Yb co-doped fiber.

A screening mechanism for identifying host glasses comprises measurement of the lifetime of the $^4I_{11/2}$ state of $Er^{3+}$ in different host materials. Short lifetimes [would] lower the probability of back transfer of energy to the $^2F_{5/2}$ state of $Yb^{3+}$. Selective quenchers such as $D_2O$ when added in small amounts to the core glass may effectively quench the $^4I_{11/2}$ state of $Er^{3+}$ while leaving the $^4I_{13/2}$ metastable state relatively unaffected. In this regard, silicic glass can be doped with $D_2O$ in order to enhance the non-radiative decay from the $^4I_{11/2}$ state of $Er^{3+}$, thereby reducing the back transfer of energy to $Yb^{3+}$.

Silicic glass fibers that have been co-doped with ytterbium and erbium according to the prior art have exhibited poor energy transfer efficiency, primarily due to the relatively long lifetime of the $^4I_{11/2}$ quantum energy level of erbium. For example, the initial transfer energy of a Er/Yb co-doped germanosilicic glass fiber according to the prior art has been measured to be in the range of 5 percent, as compared to approximately 90 percent with a Er/Yb co-doped phosphatic glass fiber. However, according to the invention, when a co-doped Er/Yb silicic glass fiber is also doped with small amounts of phosphorus, the fiber mimics the spectroscopic environment of a co-doped Er/Yb phosphatic glass fiber. Thus, this phosphate-doped silicic glass fiber has an efficiency for initial transfer efficiency of at least 90 percent. In fact, such phosphate-doped silicic glass fibers actually exhibit greatly improved properties relative to the phosphatic glass fibers.

In the preferred embodiment, the invention comprises a silicic optical fiber that is doped with unique proportions of phosphorus, erbium and ytterbium to provide a lasing medium that is ideally suited for solid state laser amplifiers and sources that operate in the 1.5 nm range. The concentration of phosphorus dopant is optimized to minimize the $^4I_{11/2}$ quantum level lifetime of erbium. Only a very small of the phosphorus dopant is used relative to the pure phosphatic glass fiber. The phosphate-ytterbium-erbium-doped silicic glass fiber has been unexpectedly discovered to have greatly improved properties relative to the phosphatic glass fibers. In particular, the initial transfer efficiency of this fiber is even better than the phosphatic glass fibers, on the order of approximately 95 percent, and the rise time of the energy transfer to the metastable $^4I_{13/2}$ quantum level of $Er^{3+}$ from the $^2F_{5/2}$ quantum level of $Yb^{3+}$, is in the range of approximately 15 to 30 microseconds, as compared to approximately 40 to 60 microseconds for the phosphatic glass fibers.

The concentration of ytterbium dopant is optimized to saturate its absorption of pump energy throughout the fiber. In this connection, it is desirable to have a concentration of ytterbium that has a transverse gradient through the fiber in proportion to that of the pump beam that passes through the fiber. The transverse gradation of the $Yb^{3+}$ sensitizer with a constant $Er^{3+}$ concentration would also lead to higher efficiencies. It is also desirable to have a concentration of ytterbium that has an axial gradient in proportion to that of the pump beam that passes through the fiber.

10

The composition of the glass fiber according to the invention is believed to form controlled clustering with the ytterbium ions, so that each of a large proportion of the erbium ions have a cluster of ytterbium ions around them. This controlled clustering increases energy transfer between them. In this connection, the ratio of the concentrations of phosphorus and alumina, as well as ytterbium and erbium in the fiber is crucial to provide high efficiency.

Although alumina has commonly been added to fibers to improve the solubility of the ytterbium and erbium ions in the fiber, even small concentrations of alumina in the fiber have been found to have a deleterious effect upon the ytterbium/erbium energy transfer system. For instance, as initial transfer efficiency of the ytterbium/erbium energy transfer system is on the order of 95 percent, as indicated above. This efficiency is reduced to approximately 30 percent when as little as 11 mole percent of alumina is doped into the fiber. Therefore, the optical fiber should be as free of alumina as possible to provide good energy transfer.

The silicic glass fibers according to the invention are preferably fabricated by the solution doping process. A phosphosilicate frit is deposited, via the conventional MCVD process, at a temperature to ensure complete oxidation and deposition, without fusion to a glass. This temperature is generally in the range of approximately 1100° to 1500° C. An aqueous solution of high purity rare-earth and aluminum chlorides is diffused into the frit, with the resulting fiber ion concentration being proportional to the solution concentration.

The phosphosilicate frit is heated in the presence of $Cl_2$, $N_2$ as well as or instead of $Cl_2$, $O_2$, or the combination thereof, to remove the solvent. The frit is sintered to a glass, preferably at a temperature in the range of approximately 1200° to 1800° C., thus trapping the dopant ions. The preform collapse and fiber drawing are then done in the conventional fashion as known in the art.

In order to determine the precise composition of one of the phosphate-doped silicic glass fibers according to the preferred embodiment, a sample of the glass was prepared for analysis by a SEM/EDX (Scanning Electron Microscope/Energy Dispersive X-Ray) analysis. From this analysis of the sample, the principal, minor and trace constituents of the glass were determined. The data resulting from the analysis is set forth below as Table II.

TABLE II

| | Percentage of Element by Weight | | | | |
| | Al | Si | P | Er | Yb |
|---|---|---|---|---|---|
| Sample | 0.54 | 32.42 | 9.32 | 0.68 | 6.58 |

For purposes of comparison, the physical characteristics of three different phosphate-doped silicic glass fibers and the phosphatic fiber described above are tabulated in Table III. Fiber No. 1 is doped with erbium, but not with ytterbium. Fiber No. 2 is doped with erbium, ytterbium and a relatively high concentration of alumina. Fiber No. 3 is the fiber whose constituents are shown in Table III. The data for fibers Nos. 1 and 2 were determined by refractive index profile measurements. The data for fiber No. 3 was determined by SEM/EDX analysis. The data for fiber No. 4 was determined by ICP analysis.

5,225,925

11

## TABLE III

| Fiber | Core Comp. (mol %) | N.A. | $Er^{3+}$ (ppm) | $Yb^{3+}$ (ppm) |
|-------|--------------------|------|-----------------|-----------------|
| No. 1 | $P_2/Al_2/Si:2/4/94$ | 0.15 | 800–1100 | 0 |
| No. 2 | $P_2/Al_2/Si:2/11/86$ | 0.23 | 550 | 7,500 |
| No. 3 | $P_2/Al_2/Si:11/1/85$ | 0.15 | 3,000 | 28,000 |
| No. 4 | $P_2/Al_2/Si:53/9/0$ | 0.14 | 1,000 | 90,000 |

The fluorescence spectra for fibers Nos. 1, 2, 3 and 4, measured under 820 nm excitation, are represented by lines 75, 77, 79 and 81, respectively, in FIG. 7. Fiber No. 1 is a silicic glass fiber that is not doped with a small amount of alumina and erbium, but not ytterbium or phosphate. Fiber No. 2 is a silicic glass fiber that is doped with a large amount of alumina, erbium and ytterbium, but not phosphate. Fiber No. 3 is a silicic glass fiber that is doped with phosphate, a small amount of alumina, erbium and ytterbium. Fiber No. 4 is a phosphatic glass fiber that is doped with a small amount of alumina, erbium and ytterbium, as described above.

It should be noted that the spectrum of fiber No. 1, as represented by line 75, is nearly identical to that of fiber No. 2, as represented by line 77, indicating that the emission spectrum is independent of the presence of ytterbium. Fluorescence from the phosphatic glass fiber No. 4 is significantly narrower and shifter to longer wavelengths compared to that of fibers No. 1 and No. 2. The emission spectrum of the phosphate-doped silicic fiber No. 3 is nearly identical to that of the fiber No. 4, although the linewidth is in fact slightly narrower. The spectral narrowing is attributed to a reduced site-to-site variation in fiber No. 3. The heavily alumina-doped fiber No. 2 appears to have lost the spectral characteristics of the phosphate-doped fiber No. 3.

According to the preferred embodiment, the phosphate-doped silicic fiber according to the invention comprises a concentration of erbium ions in the range of 100 to 10,000 ppm, ideally in the range of 500 to 5,000 ppm, with a preferred value of approximately 1,000 ppm. The preferred ytterbium ion concentration is in the range of 1,000 to 100,000 ppm, ideally in the range of 3,000 to 50,000 ppm, with a preferred value of 30,000 ppm. These values are based upon measurements determined by SEM/EDX analysis.

The preferred concentration of phosphate is in the range of 2 to 25 mole percent, ideally in the range of 5 to 15 mole percent, with a preferred value of 10 mole percent. The concentration of alumina is preferably no more than approximately 5 mole percent, and ideally no more than 3 mole percent, with less than 1 mole percent preferred.

It is also useful to describe the composition of this fiber in terms of the value of several different indicators that are directly controlled by the dopant concentrations. The fibers may thus be fabricated according to the invention by changing the composition of the fibers to change measured values of the indicators to be within preferred ranges. This is a particularly useful way to optimize the dopant concentrations in the fiber compositions when the empirical determination of these concentrations is difficult or uncertain. One of these indicators comprises the rise time of the energy transfer to the metastable $^4I_{13/2}$ quantum level of $Er^{3+}$ from the $^2F_{5/2}$ quantum level of $Yb^{3+}$. According to the invention, this rise time is preferably in the range of 0 to 60 microseconds, ideally in the range of 0 to 30 microseconds.

Another indicator is the rate of decay time of $Yb^{3+}$ from the $^2F_{5/2}$ to the $^2F_{7/2}$ quantum level as caused ytterbium to erbium energy transfer, with more rapid

12

initial rates of the ytterbium decay signifying more efficient ytterbium-erbium energy transfer. This is graphically illustrated in FIG. 8, wherein line 83, line 85 and line 87 represent different decay times of ytterbium decay for different compositions of fiber.

Line 83 corresponds to a fiber that has no concentration of erbium, so that there is no energy transfer from ytterbium to erbium in this case. Line 85 corresponds to a fiber that has suitable concentrations of erbium, ytterbium and phosphate to promote good $Yb^{3+}$ to $Er^{3+}$ energy transfer. In this case, the slope of the line 85 is much more steep than the slope of the line 83, thus indicating rapid and efficient energy transfer.

Line 87 corresponds to a fiber that has good concentrations of erbium, ytterbium and phosphate for efficient energy transfer, but also has a relatively high concentration of alumina as well. The high concentration of alumina interferes with the $Yb^{3+}$ to $Er^{3+}$ energy transfer, and thus it has a slope with a steepness that is intermediate the lines 83 and 85. This rate of decay is preferably at least 40 microseconds, and ideally at least 10 microseconds.

Efficient ytterbium to erbium energy transfer requires that the forward transfer rate and decay be fast compared to the erbium to ytterbium back transfer rate. Efficient ytterbium to erbium energy transfer is also dependent upon the wavelength of the pumping radiation, as explained in detail below in connection with the ytterbium absorption spectrum.

Still another indicator is the decay time of the metastable $^4I_{13/2}$ quantum level of $Er^{3+}$. This indicator represents the influence of the dopants upon the ability of the fiber to radiate energy in proportion to the transfer the energy from the $^2F_{5/2}$ quantum level of $Yb^{3+}$.

Although the ytterbium ions in the optical fibers have a broad absorption spectrum over which they can be exited according to the invention with pump radiation, extending from approximately 800 nm 1100 nm with a peak at approximately 960 nm, it has been discovered that the longer wavelengths of the ytterbium absorption spectrum are far more effective for transferring energy to the erbium ions.

This is because the pumping radiation tends to cause the ytterbium ions to undergo stimulated emission at wavelengths longer than the wavelength of the pumping radiation. The stimulated emission always occurs over a range of frequencies that are longer than that of the pumping radiation, because conservation of energy must be maintained, the energy transferred from the pumping radiation to the ytterbium ions is less than 100 percent, and the shorter wavelength stimulated emission is less probable due to this inefficiency.

When the pumping radiation has a wavelength that is on the shorter wavelength side of the ytterbium absorption spectrum, for instance, in the range of 800 nm to 950 nm, the stimulated ytterbium emission will be over a wider range of frequencies, thus causing even more stimulated emission instead of ytterbium to erbium energy transfer. When the pumping radiation is on the longer wavelength side of the ytterbium absorption spectrum, the wavelengths of any stimulated emission are too long to be efficiently absorbed by the ytterbium. Since less energy is released as stimulated emission, greater non-radiative transfer of energy from the $^2F_{5/2}$ state of ytterbium to the $^4I_{11/2}$ state of erbium occurs.

Thus, the longer pumping wavelengths, such as in the range of 980 nm to 1080 nm, or ideally in the range of

5,225,925

13

1030 nm to 1070 nm, are more effective in exciting the ytterbium ions so that they excite the erbium ions without producing radiation themselves. Shorter wavelengths, such as in the range of approximately 820 nm to 950 nm, have been observed to cause the ytterbium ions to release much of their energy in stimulated emission without efficiently transferring energy to the erbium ions.

In addition to the foregoing, Er/Yb co-doped borosilicates may also have sufficient Er/Yb energy transfer process to make them suitable host materials. Borates have higher multi-phonon decay rates than phosphates and should, therefore, lead to a short $^4I_{11/2}$ lifetime in $Er^{3+}$. However, the addition of the borate $B_2O_3$ to silicic glass lowers the index of refraction so the cladding glass would have to be highly doped with $B_2O_3$ or fluorine in order to lower the index of refraction sufficiently. It was noted in E. R. Taylor et al., *Mat. Res. Soc. Symp.*, Vol. 172 p. 321, 1990, that an 80% mole percent borate glass quenches the lifetime of the erbium $^4I_{13/2}$ metastable state to 280 microseconds. For amplifier applications, the lifetime of the $^4I_{13/2}$ state must be much longer in order to achieve significant gain. Use of a lower amount of $B_2O_3$ in the glass may be useful, however. Recently, spectroscopic results were reported on a neodymium-doped borophosphate laser glass (S. Jiang et al., *CLEO 1990 Proceedings*, Anaheim, Calif.). This glass showed improved properties over both pure phosphatic and boracic glasses. Perhaps a silicic glass doped with both $P_2O_5$ would be optimum for the Yb-to-Er energy transfer system. The addition of $P_2O_5$ to silicic glass raises the index of refraction while $B_2O_3$ lowers it, thereby giving good control over the index of the core material.

As an alternative to sensitizing an $Er^{3+}$-doped fiber with $Yb^{3+}$, iron ($Fe^{2+}$ or $Fe^{3+}$) may also lead to an efficient transfer of energy to $Er^{3+}$. $Fe^{2+}$ and $Fe^{3+}$ have broad absorption bands in the near infrared that can be pumped with the output of diode-pumped Nd lasers in accordance with the invention. The oxidation state of Fe is not easily controlled during optical fiber fabrication, but either one of the oxidation states $Fe^{2+}$ or $Fe^{3-}$ should work. The Fe sensitized erbium fiber could be fabricated in a silicic glass fiber, rather than in a phosphatic glass fiber, which should make fusion splicing into an existing silicic glass optical fiber system straightforward. We have observed erbium fluorescence when pumping an Fe/Er co-doped fiber at 1.064 microns, a wavelength where only the sensitizer Fe has a finite absorption. The fluorescence indicates energy transfer is occurring from $Fe^{2+}$ or $Fe^{3+}$ to $Er^{3+}$. Sensitization by other transition metals, such as $Cr^{4+}$, is also a possibility.

An even broader range of sensitizers are available if ions that sensitize $Yb^{3+}$, such as $Nd^{3+}$ or $Cr^{3+}$, are considered. It has been shown, (for example, by J. G. Edwards and J. N. Sandoe J. Phys. D: Appl. Phys, 7 1078–1095, 1974) that transfer from $Nd^{3+}$ to $Yb^{3+}$ is very efficient even with relatively small $Nd^{3+}$ concentrations ($\sim 10^{19}$ cm$^{-3}$) if large $Yb^{3+}$ concentrations ($\sim 10^{21}$ cm$^{-3}$) are used. Furthermore, undesirable interactions between $Nd^{3+}$ and $Er^{3+}$ can be minimized if the $Nd^{3+}$ and $Er^{3+}$ concentrations are both small ($\sim 10^{19}$ cm$^{-3}$). A three-ion sensitizations process ($Nd^{3+}$, $Yb^{3+}$, $Er^{3+}$) can be used in glasses where the $Yb^{3+}$, $Er^{3+}$ transfer is efficient (e.g., phosphatic glass). This is potentially important because it may allow efficient pumping of fiber amplifiers with readily-available 800 nm

14

laser diodes. With equal concentrations of $Nd^{3+}$ and $Er^{3+}$, the $Nd^{3+}$ ground-state absorption is much larger than either the ground or excited state $Er^{3+}$ absorption. Moreover, $Er^{3+}$ ESA should not limit the pump efficiency as it does with direct pumping of $Er^{3+}$. This approach would not be feasible in conventional silicic glass fiber because of the inefficient $Yb^{3+}$/$Er^{3+}$ transfer.

In an optical amplifier 21 according to the invention illustrated in FIG. 4, the $Er^{3+}$/$Yb^{3+}$ fiber 27 according to the invention is approximately 80–130 centimeters long at a concentration of $Er^{3+}$ of 0.5 percent by weight. The fiber 27 is wrapped loosely in a coiled configuration so that it more easily fits into a housing 33 shown as a solid line about the perimeter of the amplifier 25. For a pump source, a model 1064-350P diode-pumped Nd:YAG laser 35 manufactured by Amoco Laser Company of Naperville, Ill., was modified to include a control knob 37 accessible from the outside of the housing 33. The knob 37 provides an external control of the source 39 of drive current for a laser diode array 41 of the pump source 35.

In keeping with the invention, the laser diode array 41 is efficiently coupled to a Nd:YAG laser 43 so that a relatively high percentage of the energy contained in the incoherent multimode light from the array is converted to coherent single mode light emanating from the Nd:YAG laser 43. The laser diode array 41 pumps the Nd:YAG laser 43 in the manner set forth in U.S. Pat. No. 4,710,940, which is herein incorporated by reference. The Nd:YAG laser 43 outputs a single-mode light signal at a characteristic frequency of 1064 nm. Other diode-pumped $Nd^{3+}$ doped crystal or glass lasers may also be utilized as pump sources.

The higher pump intensities in the co-doped fiber relative to direct diode-pumped erbium fibers ensure a high degree of inversion of the erbium and hence a low noise figure. This intense pumping may be especially important at high input signal powers (i.e., power amplifier performance), which is the preferred mode of this invention. Specifically, these higher levels of pump power, compared to direct diode-pumped amplifiers, present at the signal entry end of the amplifier ensure a high-level of saturation in the erbium thereby exhibiting a nearly quantum-limited noise figure. Intense pumping of a sensitizer, which is typically present in the ratio of 4 to 80:1 referenced to erbium, ideally within the ratios of approximately 4 to 20:1, and preferably in the ratio of approximately 10:1, also ensures a high degree of saturation under all operating conditions (i.e., signal input powers). Pumping through a sensitizer network can also have advantages with regards to damping of pump-power fluctuations and reducing transient gain saturation and crosstalk effects.

The Nd:YAG laser 43 of the pump source 35 is directly fiber coupled or "pigtailed" to a wavelength division multiplexing (WDM) or dichroic fiber optic coupler 45, such as a model (980/1550-COX-MX-01X02-01), manufactured by Gould Inc. of Glen Burnie, Md. The output of the coupler 45 and the input to the fiber are terminated by a conventional means for coupling fibers. The means 47 comprises standard ST-PC ceramic ferrules aligned in a pair of low expansion metal disks fabricated from a material such as Invar and made at Amoco Laser Co. Also, if the fiber 27 comprises phosphatic glass, an ultraviolet curing epoxy of intermediate index of refraction is placed between the dissimilar phosphatic glass and silicic glass fibers to en-

5,225,925

15

hance coupling and suppress backreflections lending to noise and/or lasing of the erbium-doped fiber. To achieve correct alignment, power throughput the fiber 27 is monitored while the alignment is made. The two disks are soldered to each other to maintain alignment between the amplifying fiber 27 and the coupler 45.

An alternative method of coupling the fibers is to enclose both of them in ceramic ferrules that are polished at an angle q sufficiently large to suppress back reflections. The angle q would be given by

$$q > \sin^{-1}(N.A.)$$

where N.A. is the larger of the two numerical apertures of the two dissimilar fibers. The angled ferrules would also be contained in Invar disks and actively aligned. For either alignment method, the coupling process can be substantially simplified if the amplifying fiber is manufactured to the same concentricity and diameter tolerances as the coupler fiber.

At the output of the fiber 27, the fiber terminates into a Gould coupler 49 of the same type aligned with the input to the fiber. Alignment between the output of the fiber 27 and the coupler 49 is achieved in the same manner as with the input. Specifically, the input of the coupler 49 and the output of the fiber 27 are terminated by a conventional means 51 for coupling fiber comprising ST ceramic ferrules actively aligned in two Invar disks. The two Invar disks are soldered to maintain alignment between the fiber 27 and the coupler 49. As with the coupling 47, if the fiber 27 comprises phosphatic glass, the coupling 51 includes an ultraviolet curing epoxy of intermediate index of refraction for suppressing back reflections.

A polarization insensitive optical isolator 53 such as model number OTPISO15, manufactured by Gould Inc., Glen Burnie, Md. is fusion spliced to the 1535 nm output leg of the coupler 49. The output of the isolator 53 terminates into a conventional ST-PC single-mode connector 55 (0.15 dB loss and −45 dB back reflection). The fiber cable 21 or 23 in FIG. 1 carrying the 1535 signal to either of the amplifiers 25 is terminated at a conventional ST-PC connector 57, which in turn is connected to a isolator 59 of the same type as the isolator 53 at the output of the amplifier. In the couplers 45 and 49, the ends of the unused fiber legs 61 and 63 were melted in a fusion splicer to fabricate ball lenses 65 and 67 to prevent back reflections. The other leg 69 of the coupler 49 selectively throughputs the 1064 nm light from the fiber 27 so that it terminates into a non-reflecting metal block 71 of conventional construction.

Regarding the efficiency, output power and noise characteristics of the amplifier 25, there is an enhancement to the arrangement of the amplifier in FIG. 4 that may improve its performance. Since the $Er^{3+}/Yb^{3+}$ gain medium must be saturated in its three-quantum level amplifying system along the entire length of the fiber for the fiber to fully amplify the 1535 nm signal, significant power levels of the pump light at 1064 nm will exist at the output of the fiber. However, the amount of excess pump light needed at the exiting end of the amplifier fiber 27 to ensure Er saturation is less than that needed for direct pumping of Er. If significant levels of the pump power exit at the output of the fiber 27, it may be desirable to place at the end of the leg 69 in the coupler 49 a mirror (not shown) that is highly reflective at the pump wavelengths of approximately 1064 nm. In this fashion, the excess 1064 nm pump light is afforded a second pass through the fiber 27, thereby

16

improving system gain, output power and medium inversion, all of which improve noise performance.

As an alternative to the addition of a mirror at the end of the leg 69 of the coupler 49, a second pump source 73 shown in dashed lines in FIG. 4 may be added to the amplifier at the end of the leg 69. In this manner, the fiber 27 is bi-directionally pumped by the pump source 35 and the second pump source 73. The second pump source 73 is preferably of the same type as the pump source 35. In this alternative configuration of the amplifier 27, the pump sources 35 and 73 may require isolators at their outputs such as the isolators 53 and 59. The isolators will prevent feedback effects from developing in the pump sources as a result of the bi-directional pumping. The higher pump energy in this configuration will lead to a longer optimum value for the length of the fiber 27. This will in turn lead to increased pump absorption and possibly minimize feedback effects.

Alternatively, the second pump source could be another $Nd^{3+}$ doped crystal such as YLF with a characteristic emission at either 1047 or 1053 nm. In this fashion, the two pump wavelengths will not overlap in frequency and therefore will not cause feedback induced instabilities in the laser pump sources.

Turning to the graphs and FIGS. 5 and 6, we have built and tested a prototype amplifier as described in connection with FIGS. 3 and 4. Various different fabrications of the erbium fiber 27 have been substituted into the amplifier in order to achieve the best performance characteristics. The data in FIGS. 5 and 6 reflect the latest and best system results achieved. The fiber providing the best performance had a numerical aperture of 0.14 microns and a core diameter of 4.9 microns. It was fabricated as described in connection with FIG. 3 and its constituents were approximately 0.5 percent $Er^{3+}$ by weight and 12 percent $Yb^{3+}$ by weight.

For an input signal having a power of approximately 1.5 microwatts (−28 dBm), we observed a signal gain of 34.5 dB (i.e., an amplification of approximately 2,800) at an absorbed pump power of 120 milliwatts. To collect the data points for the graph of FIG. 5, the input signal was held at 1.5 microwatts and the pump power was varied from about 40 milliwatts to 210 milliwatts. As can be seen from the data in FIG. 5, the absorbed pump power varied from about 25 milliwatts to 120 milliwatts. From the device in FIG. 4, the absorbed pump power was determined by measurement of the pump power at the pump output coupler port 71, measurement of the coupling loss at points 47 and 51, and a knowledge of attenuation loss at the pump wavelength of the fiber 27.

To the best of our knowledge, the small signal gains plotted in the graph of FIG. 5 are as good as or better than those presently achieved from any erbium-doped fiber amplifier system utilizing a diode laser as an ultimate pump source. Moreover, these gains are realized at high levels of output power as evidenced by the data in FIG. 6.

In this regard, the data of FIG. 6 were collected by maintaining the level of absorbed pump power at 140 milliwatts while varying the power of the input signal. Power saturation (i.e., decrease in gain of three dB) occurs at approximately an output power of fifteen (15) dBm for a 1480 pump source (ref: Masuo Suyama Snowmass). To the best of our knowledge, the high power and high gain performance evidenced by the data of FIGS. 5 and 6 cannot be equalled by known

5,225,925

17

erbium fiber amplifiers utilizing single diode lasers as direct pump sources.

Both the small signal gain and power results of FIG. 6 are system results, meaning they are measured from the input signal at input connector 57 to the output signal at output connector 55. As the amplifying fiber 27 is not yet fully optimized with regards to core size, numerical aperture, and coupling method, there are large system coupling losses. For example, there is approximately a 4 dB loss in the input signal from the input connector 57 to the input end of the amplifying fiber at point 47. The loss is even slightly larger in going from the output end of the amplifier fiber at point 51 to the output connector 55. With improved fiber, coupling methods and 1064/1535 specific WDM couplers, we expect very large improvements in system performance.

In view of the foregoing, it can be seen that an erbium glass doped with a sensitizer and pumped by a neodymium laser rod that is in turn pumped by a laser diode array provides a high power and high gain optical amplifier for light in the 1.535 micron region. The amplifier maintains small signal gains comparable to the best of previous erbium fiber amplifier systems utilizing diode pump sources for achieving high output power levels. In this connection, the amplifier is ideal for high power applications such as illustrated herein. Examples of possible other applications are soliton pulse amplification and amplification of short pulse diodes for Optical Time Domain Reflectometry (OTDR) or rangefinding measurements.

Of course, the optical fiber according to the invention can be used for a source of radiation simply by adding positive feedback between the input and the output of the optical amplifier 21 as shown in FIG. 4. The positive feedback is easily provided with a suitable optical cavity that has a resonant wavelength close to the wavelength of the source output wavelength, as well known in the art.

In this connection, it will be evident to those skilled in the art that the optical fibers according to the invention are applicable to all types of sources, such as ring lasers, short pulse lasers, and so forth, and superluminescence sources, such as fiber gyros. Furthermore, the optical fibers according to the invention are ideal for use in optical detection amplifiers adapted for LIDAR and rangefinding applications, due to their low noise and high amplification.

Thus there has been described herein an improved optical fiber for use in optical fiber amplifiers and sources of all kinds that is efficiently pumped by a pump beam from a solid state laser source. It will be understood that various changes in the details, materials, steps and arrangements of parts that have been described and illustrated above in order to explain the nature of the invention may be made by those of ordinary skill in the art within the principle and scope of the present invention as expressed in the appended claims.

We claim:

1. A silicic optical fiber for use in optical amplifiers and sources, comprising:
   a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;
   a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for

18

exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and
   a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions.

2. The optical fiber as set forth in claim 1, wherein said erbium ion concentration is in the range of 100 to 10,000 ppm.

3. The optical fiber as set forth in claim 2, wherein said erbium ion concentration is between approximately 500 to 5,000 ppm.

4. The optical fiber as set forth in claim 3, wherein said erbium ion concentration is approximately 1,000 ppm.

5. The optical fiber as set forth in claim 1, wherein said ytterbium ion concentration is in the range of 1,000 to 100,000 ppm.

6. The optical fiber as set forth in claim 5, wherein said ytterbium ion concentration is between approximately 3,000 and 50,000 ppm.

7. The optical fiber as set forth in claim 6, wherein said ytterbium ion concentration is approximately 30,000 ppm.

8. The optical fiber as set forth in claim 1, wherein said phosphate concentration is in the range of 2 to 25 mole percent.

9. The optical fiber as set forth in claim 8, wherein said phosphate concentration is between approximately 5 and 15 mole percent.

10. The optical fiber as set forth in claim 9, wherein said phosphate concentration is approximately 10 mole percent.

11. The optical fiber as set forth in claim 1, wherein the proportion of said ytterbium ions to said erbium ions is in the range of 4:1 to 80:1.

12. The optical fiber as set forth in claim 11, wherein the proportion of said ytterbium ions to said erbium ions is between approximately 4:1 and 20:1.

13. The optical fiber as set forth in claim 12, wherein the proportion of said ytterbium ions to said erbium ions is approximately 10:1.

14. The optical fiber as set forth in claim 1, wherein said fiber has no more than approximately 8 mole percent alumina.

15. The optical fiber as set forth in claim 14, wherein said fiber has less than approximately 5 mole percent concentration of alumina.

16. The optical fiber as set forth in claim 1, wherein said radiation absorbed by said ytterbium ions is in the range of 980 to 1080 nm.

17. The optical fiber as set forth in claim 16, wherein said radiation absorbed by said ytterbium ions is between approximately 1030 and 1070 nm.

18. The optical fiber as set forth in claim 17, wherein said radiation absorbed by said ytterbium ions is approximately 1064 nm.

19. The optical fiber as set forth in claim 1, wherein said radiation produced by said erbium ions is in the range of 1500 to 1650 nm.

20. The optical fiber as set forth in claim 19, wherein said radiation produced by said erbium ions is between approximately 1500 and 1580 nm.

5,225,925

19

21. The optical fiber as set forth in claim 20, wherein said radiation produced by said erbium ions is approximately 1535 nm.

22. The optical fiber as set forth in claim 1, wherein the transfer rate and decay time of the ytterbium to erbium energy transfer is much faster than the erbium to ytterbium transfer rate.

23. The optical fiber as set forth in claim 22, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is in the range of 0 to 5 microseconds.

24. The optical fiber as set forth in claim 23, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is between approximately 0 to 3 microseconds.

25. The optical fiber as set forth in claim 24, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is approximately 2 microseconds.

26. The optical fiber as set forth in claim 22, wherein the decay time of the ytterbium ion quantum energy level from the $^2F_{5/2}$ state to the $^2F_{7/2}$ state is not more than approximately 150 microseconds.

27. The optical fiber as set forth in claim 1, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is in the range of 5 to 60 microseconds.

28. The optical fiber as set forth in claim 1, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is between approximately 0 and 30 microseconds.

29. The optical fiber as set forth in claim 1, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is approximately 20 microseconds.

30. A silica optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions in the range of 100 to 10,000 ppm for providing radiation when the quantum energy level of said erbium ions decays from the $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of ytterbium ions in the range of 1,000 to 100,000 for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

a concentration of phosphate In the range of 2 to 25 mole percent for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions.

31. The optical fiber as set forth in claim 30, wherein the proportion of said ytterbium ions to said erbium ions is in the range of 4:1 to 80:1.

20

32. The optical fiber as set forth in claim 30, wherein said fiber has no more than approximately 8 mole percent concentration of alumina.

33. The optical fiber as set forth in claim 30, wherein said radiation absorbed by said ytterbium ions is in the range of 980 to 1080 nm.

34. The optical fiber as set forth in claim 30, wherein said radiation produced by said erbium ions is in the range of 1500 to 1650 nm.

35. A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of approximately 1,000 ppm erbium ions for providing radiation when the quantum energy level of said erbium ions decays from the $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of approximately 30,000 ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2I_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state;

a concentration of approximately 10 mole percent phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions; and

a concentration of alumina of no more than approximately 8 mole percent.

36. The optical fiber as set forth in claim 35, wherein said fiber has less than approximately 5 mole percent concentration of alumina.

37. The optical fiber as set forth in claim 35, wherein said radiation absorbed by said ytterbium ions is between approximately 1030 and 1070 nm.

38. The optical fiber as set forth in claim 37, wherein said radiation produced by said erbium ions is between approximately 1500 and 1580 nm.

39. A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of approximately 1,000 ppm erbium ions for providing radiation in the range of approximately 1500 to 1580 nm when the quantum energy level of said erbium ions decays from the $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of approximately 30,000 ppm ytterbium ions for absorbing radiation in the range of approximately 1030 to 1070 nm as the quantum energy level of said ytterbium ion is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state;

a concentration of approximately 10 mole percent phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions; and

a concentration of no more than approximately 5 mole percent alumina for improving the transfer of energy from said ytterbium ions to said erbium ions.

* * * * *

**Secretary of State**

Corporations Division

Suite 315, West Tower

2 Martin Luther King Jr. Dr.

Atlanta, Georgia 30334-1530

```
DOCKET NUMBER : 981770135
CONTROL NUMBER: 8107404
EFFECTIVE DATE: 06/26/1998
REFERENCE     : 0045
PRINT DATE    : 06/26/1998
FORM NUMBER   : 411
```

```
CT CORPORATION SYSTEM
JEFFREY HARRISON
1201 PEACHTREE ST.
ATLANTA, GA  30361
```

## CERTIFICATE OF MERGER

I, Lewis A. Massey, the Secretary of State of the State of Georgia, do hereby issue this certificate pursuant to Title 14 of the Official Code of Georgia annotated certifying that articles or a certificate of merger and fees have been filed regarding the merger of the below entities, effective as of the date shown above. Attached is a true and correct copy of the said filing.

Surviving Entity:
SCIENTIFIC-ATLANTA, INC., a Georgia corporation

Nonsurviving Entity/Entities:
ATX TELECOM SYSTEMS, INC., a Delaware corporation

COPY



*Lewis A. Massey*

Lewis A. Massey
Secretary of State

**EXHIBIT B**

CERTIFICATE OF MERGER

OF

ATx TELECOM SYSTEMS, INC.,
a Delaware corporation,

WITH AND INTO

SCIENTIFIC-ATLANTA, INC.,
a Georgia corporation

---

Pursuant to Section 14-2-1105(b) of the Georgia Business Corporation Code ("Georgia Code"), SCIENTIFIC-ATLANTA, INC., a Georgia corporation (the "Parent"), hereby certifies as follows:

I.

The Board of Directors of the Parent has duly approved the Plan of Merger by unanimous written consent dated June 24, 1998, pursuant to which ATx TELECOM SYSTEMS, INC. (the "Subsidiary"), a Delaware corporation of which the Parent is the sole shareholder, shall merge with and into the Parent.

II.

The name of the surviving corporation shall be SCIENTIFIC-ATLANTA, INC., a Georgia corporation.

III.

No amendments were made to the Parent's articles of incorporation in connection with the merger of the Subsidiary into the Parent.

IV.

The executed Plan of Merger is on file at the principal place of business of Scientific-Atlanta, Inc., which is located at One Technology Parkway South, Norcross, Georgia 30092, and a copy of the Plan of Merger will be furnished, upon request and without cost, to any shareholder of the Parent.

V.

Shareholder approval of the merger or approval by the Board of Directors of the Subsidiary is not required under Section 14-2-1104 of the Georgia Code because the Parent is the sole shareholder of the Subsidiary.

VI.

Pursuant to the Plan of Merger, the merger of the Subsidiary into the Parent shall be effective as of 11:59 p.m. on the 26th day of June, 1998.

VII.

A request for publication of Notice of Filing the Certificate of Merger and payment therefor has been made as required by Section 14-2-1105.1(b) of the Georgia Business Corporation Code.

IN WITNESS WHEREOF, Scientific-Atlanta, Inc. has caused this Certificate of Merger to be executed by its duly authorized officers this 24th day of June, 1998.

SCIENTIFIC-ATLANTA, INC.

By: _William E. Eason, Jr._

Name: William E. Eason, Jr

Title:   Senior Vice President
         General Counsel and
         Corporate Secretary

Attest: _Anita S. Gifford_

Name:  Anita S. Gifford

Title:  Assistant Secretary

[CORPORATE SEAL]

Jun 25  11 56 AM '98

SECRETARY OF STATE

04/01/2005 12:50 FAX 7702364837        S-A LEGAL DEPARTMENT        ☑001

```
        *********************
***    TX REPORT    ***
        *********************

    TRANSMISSION OK

    TX/RX NO              1347
    CONNECTION TEL            817033065995
    SUBADDRESS
    CONNECTION ID
    ST. TIME             04/01 12:49
    USAGE T              01'19
    PGS. SENT            4
    RESULT               OK
```

COPY

Form PTO-1595 (Rev. 03/05)                                    U.S. DEPARTMENT OF COMMERCE
OMB No. 0651-0027 (exp. 6/30/2005)                   United States Patent and Trademark Office

### RECORDATION FORM COVER SHEET
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| ATX TELECOM SYSTEMS, INC. | Name: SCIENTIFIC-ATLANTA, INC |
| | Internal Address: _____ |
| Additional name(s) of conveying party(ies) attached? ☐Yes ☑No | |

**3. Nature of conveyance/Execution Date(s):**

Execution Date(s) JUNE 24, 1998

☐ Assignment    ☑ Merger
☐ Security Agreement    ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other_____

Street Address: 5030 SUGARLOAF PARKWAY

_____

City: LAWRENCEVILLE

State: GEORGIA

Country: UNITED STATES        Zip: 30044

Additional name(s) & address(es) attached? ☐Yes ☑No

**4. Application or patent number(s):**    ☐ This document is being filed together with a new application.

A. Patent Application No.(s)        B. Patent No.(s)
                                        US 5,225,925

Additional numbers attached? ☐Yes ☑No

| 5. Name and address to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved:_____ |
|---|---|
| Name: HUBERT J. BARNHARDT III | 7. Total fee (37 CFR 1.21(h) & 3.41)  $ 40.00 |
| Internal Address: 5.3.518 | ☐ Authorized to be charged by credit card |
| | ☑ Authorized to be charged to deposit account |
| Street Address: 5030 SUGARLOAF PARKWAY | ☐ Enclosed |
| | ☐ None required (government interest not affecting title) |

## EXHIBIT C

Form **PTO-1595** (Rev. 03/05)
OMB No. 0651-0027 (exp. 6/30/2005)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET

# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**

ATX TELECOM SYSTEMS, INC.

Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No

**3. Nature of conveyance/Execution Date(s):**

Execution Date(s) JUNE 24, 1998

☐ Assignment          ☑ Merger

☐ Security Agreement   ☐ Change of Name

☐ Joint Research Agreement

☐ Government Interest Assignment

☐ Executive Order 9424, Confirmatory License

☐ Other_____

**2. Name and address of receiving party(ies)**

Name: SCIENTIFIC-ATLANTA, INC

Internal Address: _____

_____

Street Address: 5030 SUGARLOAF PARKWAY

_____

City: LAWRENCEVILLE

State: GEORGIA

Country: UNITED STATES          Zip: 30044

Additional name(s) & address(es) attached? ☐ Yes ☑ No

**4. Application or patent number(s):**   ☐ This document is being filed together with a new application.

A. Patent Application No.(s)

B. Patent No.(s)

US 5,225,925

Additional numbers attached? ☐ Yes ☑ No

**5. Name and address to whom correspondence concerning document should be mailed:**

Name: HUBERT J. BARNHARDT III

Internal Address: 5.3.518

Street Address: 5030 SUGARLOAF PARKWAY

_____

City: LAWRENCEVILLE

State: GEORGIA          Zip: 30044

Phone Number: 770.236.5950

Fax Number: 770.236.4806

Email Address: Hugh.Barnhardt@sciatl.com

**6. Total number of applications and patents involved:** _____

**7. Total fee** (37 CFR 1.21(h) & 3.41)   $ 40.00

☐ Authorized to be charged by credit card

☑ Authorized to be charged to deposit account

☐ Enclosed

☐ None required (government interest not affecting title)

**8. Payment Information**

a. Credit Card   Last 4 Numbers _____
                 Expiration Date _____

b. Deposit Account Number 19-0761

   Authorized User Name _____

**9. Signature:**

Signature

Hubert J. Barnhardt III
Name of Person Signing

Date

Total number of pages including cover sheet, attachments, and documents: | 4

Documents to be recorded (including cover sheet) should be faxed to (703) 306-5995, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

# Secretary of State

### Corporations Division
### Suite 315, West Tower
### 2 Martin Luther King Jr. Dr.
### Atlanta, Georgia 30334-1530

```
DOCKET NUMBER : 981770135
CONTROL NUMBER: 8107404
EFFECTIVE DATE: 06/26/1998
REFERENCE     : 0045
PRINT DATE    : 06/26/1998
FORM NUMBER   : 411
```

```
CT CORPORATION SYSTEM
JEFFREY HARRISON
1201 PEACHTREE ST.
ATLANTA, GA  30361
```

## CERTIFICATE OF MERGER

I, Lewis A. Massey, the Secretary of State of the State of Georgia, do hereby issue this certificate pursuant to Title 14 of the Official Code of Georgia annotated certifying that articles or a certificate of merger and fees have been filed regarding the merger of the below entities, effective as of the date shown above. Attached is a true and correct copy of the said filing.

Surviving Entity:
**SCIENTIFIC-ATLANTA, INC.**, a Georgia corporation

Nonsurviving Entity/Entities:
**ATX TELECOM SYSTEMS, INC.**, a Delaware corporation



*Lewis A. Massey*

Lewis A. Massey
Secretary of State

CERTIFICATE OF MERGER

OF

ATx TELECOM SYSTEMS, INC.,
a Delaware corporation,

WITH AND INTO

SCIENTIFIC-ATLANTA, INC.,
a Georgia corporation

---

Pursuant to Section 14-2-1105(b) of the Georgia Business Corporation Code ("Georgia Code"), SCIENTIFIC-ATLANTA, INC., a Georgia corporation (the "Parent"), hereby certifies as follows:

I.

The Board of Directors of the Parent has duly approved the Plan of Merger by unanimous written consent dated June 24, 1998, pursuant to which ATx TELECOM SYSTEMS, INC. (the "Subsidiary"), a Delaware corporation of which the Parent is the sole shareholder, shall merge with and into the Parent.

II.

The name of the surviving corporation shall be SCIENTIFIC-ATLANTA, INC., a Georgia corporation.

III.

No amendments were made to the Parent's articles of incorporation in connection with the merger of the Subsidiary into the Parent.

IV.

The executed Plan of Merger is on file at the principal place of business of Scientific-Atlanta, Inc., which is located at One Technology Parkway South, Norcross, Georgia 30092, and a copy of the Plan of Merger will be furnished, upon request and without cost, to any shareholder of the Parent.

V.

Shareholder approval of the merger or approval by the Board of Directors of the Subsidiary is not required under Section 14-2-1104 of the Georgia Code because the Parent is the sole shareholder of the Subsidiary.

VI.

Pursuant to the Plan of Merger, the merger of the Subsidiary into the Parent shall be effective as of 11:59 p.m. on the 26th day of June, 1998.

VII.

A request for publication of Notice of Filing the Certificate of Merger and payment therefor has been made as required by Section 14-2-1105.1(b) of the Georgia Business Corporation Code.

IN WITNESS WHEREOF, Scientific-Atlanta, Inc. has caused this Certificate of Merger to be executed by its duly authorized officers this 24th day of June, 1998.

SCIENTIFIC-ATLANTA, INC.

By: _William E. Eason, Jr._
Name: William E. Eason, Jr.
Title:  Senior Vice President
        General Counsel and
        Corporate Secretary

Attest: _Anita S. Gifford_
Name: Anita S. Gifford
Title:  Assistant Secretary

[CORPORATE SEAL]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SCIENTIFIC-ATLANTA, INC.,

Plaintiff,

v.

IPG PHOTONICS CORPORATION,

Defendant.

Civil Action No. _____

**05   10850 MEL**

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Scientific-Atlanta, Inc. ("S-A") for its Complaint against Defendant IPG Photonics Corporation ("IPG") hereby alleges as follows:

### NATURE OF ACTION

1.      This is an action in which S-A seeks damages and injunctive relief under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, for infringement of U.S. Patent No. 5,225,925 ("the '925 patent") resulting from IPG's actions and conduct as set forth herein.

### THE PARTIES

2.      S-A is a corporation organized under the laws of the State of Georgia, having its principal place of business at 5030 Sugarloaf Parkway, Lawrenceville, Georgia, 30044.

3.      Upon information and belief, IPG is a corporation organized under the laws of the State of Delaware, having its principal place of business at 50 Old Webster Road, Oxford, Massachusetts 01540.

4.      S-A is informed and believes that IPG is doing business in the State of Massachusetts and in this Judicial District.



**EXHIBIT D**

## JURISDICTION AND VENUE

5.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6.    This Court has jurisdiction over IPG by virtue of its actions and those of its agents which directly infringe or which induce or knowingly contribute in the infringement of S-A's '925 patent within this state and/or its systematic and continuous contact with this state.

7.    Venue is proper in this district in accordance with 28 U.S.C. §§ 1391 and 1400(b).

## COUNT 1

### Infringement of U.S. Patent No. 5,225,925

8.    S-A incorporates and re-alleges paragraphs 1-7 above as if set forth in their entirety.

9.    The '925 patent, which is entitled "Sensitized Erbium Fiber Optical Amplifier and Source," issued on July 6, 1993 naming Stephen G. Grubb, Douglas W. Anthon, William L. Barnes, and Janet E. Townsend as inventors.  S-A is the assignee and owner of the entire right, title and interest in and to the '925 patent.  A copy of the '925 patent is attached hereto as Exhibit A.

10.    The '925 patent generally relates to an optical fiber for amplifying or sourcing a light signal in a single transverse mode.  In particular, the optical fiber that is the subject matter of the invention of the '925 patent comprises a host glass doped with erbium (Er) and a sensitizer such as ytterbium (Yb) or iron (Fe).  Preferably the host glass is doped silicic glass (e.g., phosphate or borate doped).

- 2 -

11.    Upon information and belief, defendant has infringed, contributed to the infringement of, and/or actively induced the infringement of claims of the '925 patent by making, using, selling, and/or offering for sale products, including but not limited to optical fiber amplifiers that include doped silicic optical fibers (defendant's "infringing acts"), without authorization of S-A.

12.    Defendant has had notice of the '925 patent and its infringement of the '925 patent has been done willfully and with knowledge of the '925 patent.

13.    Defendant's infringing acts have not been authorized by S-A, and are in violation of S-A's rights.

14.    S-A has no adequate remedy at law for defendant's infringing acts.

15.    As a direct result of defendant's infringing acts, S-A has suffered and continues to suffer damage and irreparable harm. Unless defendant's infringing acts are enjoined by this Court, S-A will continue to be damaged and irreparably harmed.

## REQUEST FOR RELIEF

WHEREFORE, S-A prays that the Court:

A.    Enter judgment that IPG has infringed, contributorily infringed and/or induced infringement of the '925 patent;

B.    Preliminarily and permanently enjoin IPG from further acts of infringement of the '925 patent;

C.    Award S-A damages adequate to compensate it for IPG's infringement of the '925 patent;

D.    Declare that IPG's infringement of the '925 patent has been knowing and willful;

E.    Treble the award of damages for infringement of the '925 patent in view of the willful nature of IPG's actions;

F.    Declare this to be an exceptional case and award S-A its attorney fees pursuant to 35 U.S.C. § 285; and

G.    Award S-A costs, prejudgment interest, and such further relief as the Court deems just and proper.

### DEMAND FOR A JURY TRIAL

S-A demands a jury trial, pursuant to Fed. R. Civ. P. 38(b), as to all issues which may be tried by a jury.


Dated: April 27, 2005                    SCIENTIFIC-ATLANTA, INC.

                                         _____
                                         Denise W. DeFranco (BBO #558859)
                                         David E. Cole (BBO #658705)
                                         FOLEY HOAG LLP
                                         155 Seaport Boulevard
                                         Boston, MA 02210-2600
                                         (617) 832-1000
                                         Attorneys for SCIENTIFIC-ATLANTA, INC.

Of Counsel:
Patrick J. Flinn
J. Patrick Elsevier
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7000
Attorneys for SCIENTIFIC-ATLANTA, INC.


- 4 -

has significant implications in the development of metal-insulator-semiconductor systems in general, and may possibly be generically applied to a broad class of materials systems, especially those that are based on substrate materials whose native oxides are unstable and detrimental to a good interface formation.

*Acknowledgments:* The authors wish to thank Paul Enquist for providing the GaAs substrates with the MOCVD-grown epilayers. This work was supported by SDIO/IST through the Office of Naval Research Contract Number N00014-86-C-0421.

G. G. FOUNTAIN                                    18th July 1988
S. V. HATTANGADY
D. J. VITKAVAGE*
R. A. RUDDER
R. J. MARKUNAS

*Research Triangle Institute*
*Research Triangle Park, NC 27709, USA*

* Present address: AT&T Laboratories, Allentown, PA 18102, USA

## References

1 FRESE, K. W., JUN., and ROY MORRISON, s.: 'Passivation and interface state studies on n-GaAs', *Appl. Surf. Sci.*, 1981, **8**, pp. 266–271
2 MEINERS, L. G.: 'Electrical properties of the gallium arsenide-insulator interface', *J. Vac. Sci. Technol.*, 1978, **15**, pp. 1402–1407
3 SENGUPTA, D., and KUMAR, V.: 'Study of n-GaAs MOS diodes with spin-on $SiO_2$', *Phys. Stat. Sol. A*, 1982, **73**, pp. K279–K280
4 KAMIMURA, K., and SAKAI, Y.: 'The properties of $GaAs–Al_2O_3$ and $InP–Al_2O_3$ interfaces and the fabrication of MIS field-effect transistors', *Thin Solid Films*, 1979, **56**, pp. 215–221
5 CASEY, H. C., JUN., CHO, A. Y., LANG, D. V., NICOLLIAN, E. H., and FOY, P. W.: 'Investigation of heterojunctions for MIS devices with oxygen-doped $Al_{1-x}Ga_xAs$ on n-type GaAs', *J. Appl. Phys.*, 1979, **50**, pp. 3484–3491
6 TSANG, W. T.: 'Self-terminating thermal oxidation of AlAs epilayers grown on GaAs by molecular beam epitaxy', *Appl. Phys. Lett.*, 1978, **33**, pp. 426–429
7 SUZUKI, N., HARIU, T., and SHIBATA, Y.: 'Effect of native oxide on the interface property of GaAs MIS structures', *Appl. Phys. Lett.*, 1978, **33**, pp. 761–762
8 FOUNTAIN, G. G., RUDDER, R. A., HATTANGADY, S. V., MARKUNAS, R. J., and LINDORME, P. s.: 'Low interface state density $SiO_2$ deposited at 300°C by remote plasma enhanced CVD on reconstructed Si surfaces', *J. Appl. Phys.*, 1988, **63**, pp. 4744–4746
9 FOUNTAIN, G. G., RUDDER, R. A., HATTANGADY, S. V., VITKAVAGE, D. J., and MARKUNAS, R. J.: 'Electrical and microstructural characterisation of an ultra-thin silicon interlayer used in a $SiO_2/Ge$-based MIS structure', *Electron. Lett.*, 1988, **24**, pp. 1010–1011
10 VITKAVAGE, D. J., FOUNTAIN, G. G., RUDDER, R. A., HATTANGADY, S. V., and MARKUNAS, R. J.: 'Gating of Germanium surfaces using pseudomorphic Silicon interlayers', to appear in *Appl. Phys. Lett.*, 1988, **53**, (8)
11 HATTANGADY, S. V., RUDDER, R. A., FOUNTAIN, G. G., VITKAVAGE, D. J., and MARKUNAS, R. J.: 'In situ cleaning of Ge(111) and Si(100) surfaces'. Materials Research Society Symposium Proceedings, Vol. 102 (Symposium C): Epitaxy of Semiconductor Layered Structures, Boston, Mass., Nov., 1987, pp. 319–322

## EFFICIENT OPERATION OF AN Yb-SENSITISED Er FIBRE LASER AT $1.56\,\mu m$

*Indexing terms: Lasers and laser applications, Optical fibres, Optical properties of substances, Doping*

We report operation of a high-efficiency Yb : Er single-mode fibre laser. Pumping at wavelengths of 1064 nm and at 820 nm has shown low pump power thresholds (<7 and 4 mW) and high slope efficiencies (4·2 and 7·0%).

*Introduction:* Erbium-doped glass has long been recognised as an important laser material, particularly for applications in optical fibre communications. The $1.5\,\mu m$ transition is well

matched to the so-called third transmission window in silica-based communications fibres and erbium-based systems are consequently of great interest both as sources and inline amplifiers. Despite its potential usefulness, one drawback of the Er laser is its lack of absorption bands where low cost pump sources, e.g. semiconductor laser diodes or diode-pumped Nd : YAG lasers, emit. Furthermore Er is known to have strong excited-state absorption (ESA) which constrains the choice of useful pump wavelengths.

One way around these problems is to use glass which is codoped, or sensitised, with materials which absorb in desirable spectral bands. Optically pumping a suitable codopant can lead to efficient transfer of excitation to the laser active material. Very early on ytterbium was shown[1] to be a suitable sensitiser for Er, giving efficient energy transfer. Recently operation of the first Yb : Er fibre laser has been reported.[2]

We describe here the operating characteristics of an Yb : Er fibre laser which has produced significant output powers and a high slope efficiency and which can be pumped either at the Nd : YAG wavelength of $1.064\,\mu m$ (as demonstrated in bulk glass)[3] or at wavelengths and with powers available from commercial laser diodes emitting in the 820–850 nm region.

Details of the energy transfer behaviour in the Yb : Er fibre used in our experiments will be described elsewhere* and only a summary will be provided here. Because of the significant inhomogeneous line broadening in glass and because several levels of the Yb ground state multiplet $^2F_{7/2}$ are thermally populated at room temperature, both Nd : YAG and semiconductor diode lasers can efficiently pump into the Yb $^2F_{5/2}$ doublet, whose lower level has a 0·75 ms intrinsic radiative lifetime.

From the $^2F_{5/2}$ state energy is transferred by multipole interactions to nearby Er ions resulting in population of the $^4I_{11/2}$ level. A fast nonradiative decay from this level prevents significant back-transfer of energy to the Yb and leads to population trapping in the long-lived (14 ms) $^4I_{13/2}$ level. Lasing action subsequently takes place between this level and the ground state manifold $^4I_{15/2}$.

*Experimental details:* The probability of energy transfer between ions decays rapidly with ion separation. Efficient transfer consequently requires high doping levels. Recent developments of the solution doping technique* have made possible the production of low scattering loss, cluster-free fibres with dopant concentrations of several percent. The host glass used in our fibre was silica based with doping levels of 5 mole percent $Al_2O_3$ (to enhance the solubility of rare-earth ions) and 5 mole percent $P_2O_5$ and had Yb and Er concentrations of approximately 1·7% and 0·080%, respectively (21 : 1 ratio). The fibre had an NA of 0·25 and a core radius of 2·3 μm. The cutoff wavelength was designed to be 1·5 μm to ensure single-mode operation of the Er laser and a good launch efficiency of the pump light.

A Spectra-Physics CW Nd : YAG laser or a Coherent argon-ion pumped Styryl 9M dye laser provided the pump light. The latter could be tuned with significant power (>100 mW) over the wavelength range 800–850 nm, thus stimulating the performance of a diode laser. A microscope objective focused the pump light into the fibre and mirrors were butted to both fibre ends to form a low-loss cavity. The input mirror had a reflectivity of 98% at the lasing wavelength and was highly transmitting at the pump. Output couplers with 1·5 μm transmissions of 10% and 27% were used. These had reflectivities of 10% at the pump wavelength.

Since Er operates essentially as a three-level laser, end-pumped fibre laser performance depends strongly on the fibre length. The optimum fibre length can be found by cutting back a long length of fibre while monitoring the laser performance in terms of threshold pump power, slope efficiency and lasing wavelength. When pumping at 1·064 μm, a length of ~1 m showed a good compromise between minimum threshold power and maximum output power. This length corresponds roughly to one absorption length at the pump wavelength. Small fibre length variations do not significantly alter the lasing characteristics. Larger variations increase the pump threshold and lead to a shift in lasing wavelength. This

* PERMANN, M. E.: in preparation



**EXHIBIT E**

shift, from $1.568\,\mu m$ at $2.8\,m$ to $1.549\,\mu m$ at $25\,cm$, results from preferential lasing to lower levels in the Er ground state multiplet.[5]

Laser performance with $1.064\,\mu m$ pumping was evaluated using a 91 cm length (27% output coupling) and an 84 cm length (7% output coupling) of fibre. The absorbed (launched) power at threshold was found to be 8.0 (16)mW and 6.6 (12)mW for the two cases and slope efficiencies, measured with respect to absorbed (launched) power, were found to be 4.2% (2.0) and 2.8% (1.5), respectively. Fig. 1 shows plots of the output power against launched power for the two output couplers. It is evident that the amount of output coupling is



Fig. 1 Output power against launched power for output mirror transmissions of 27% (+) and 7% (○) when pumped at 1064 nm

not very critical. The saturation seen at high pump powers is believed to be due to pump saturation of the Yb ions. Higher output powers than those shown can be achieved with higher Yb concentrations or simply by using longer fibre lengths.

Pumping a 70 cm length of the same fibre with the dye laser also showed a low threshold. With a 99% reflector as the input mirror and a 27% transmitting output coupler the threshold with 820 nm pumping was found to be 3.7 mW and a slope efficiency (absorbed power) of 7.0% was measured. More detailed results from the dye laser experiments will be published subsequently.

Discussion: The results described are significant in a number of ways. First, it has been shown that efficiency energy transfer lasers can be made in fibre form using doping levels of only 1–2%. The only previous mention[2] of such a laser had a significantly lower (0.7%) slope efficiency and produced only small amounts of power ($100\,\mu W$) using a higher ion doping level (4% Yb). We note that ESA has not strongly impeded the laser performance. Further investigations are aimed at studying the influence of pump-induced ESA. This can conveniently be done using the dye laser since ESA peaks have been identified in its wavelength range at 800 and 840 nm.[6]

Secondly, the Yb : Er system is not unique and many other sensitisation schemes are possible. This opens up new possibilities for fabrication of fibre lasers and amplifiers which can be pumped by convenient and inexpensive sources. As shown here the pump powers required for operation are small enough to be well within the reach of mini-YAGs or diode lasers.

Finally we note that significantly higher output powers for a given pump power can be achieved by feeding the unabsorbed pump light into the output end of the fibre; this is simply a matter of appropriate mirror design. The slope efficiency with respect to launched power can then approach the value calculated with respect to absorbed power.

Acknowledgments: We are grateful to R. M. Percival, I. R. Perry and R. G. Smart for assistance in performing some of the experiments. We thank E. Tarbox of Pirelli General plc for assistance in the development of the fibre design. Funding for this work was provided by the UK SERC, part of the support being provided by JOERS.

M. E. FERMANN†                              29th June 1988
D. C. HANNA
D. P. SHEPHERD
P. J. SUNI
J. E. TOWNSEND†

Department of Physics
† Department of Electronics & Information Engineering
University of Southampton
Southampton SO9 5NH, United Kingdom

References

1  SNITZER, E., and WOODCOCK, R.: 'Yb³⁺–Er³⁺ glass laser', Appl. Phys. Lett., 1966, 6, pp. 45–46
2  SNITZER, E, PO, H., HAKIMI, F., TUMMINELLI, R., and MCCOLLUM, B. C.: 'Erbium fiber laser amplifier at 1·55 μm with pump at 1·49 μm and Yb sensitized Er oscillator'. Paer PD2-1, OFC '88 Optical Fibre Communications Conference, New Orleans, 1988
3  HANNA, D. C., KAZER, A., and SHEPHERD, D. P.: 'Active mode-locking and Q-switching of a 1·54 μm Er : glass laser pumped by a 1·064 μm Nd : YAG laser', Opt. Commun., 1988, 65, pp. 355–358
4  TOWNSEND, J. E., POOLE, S. B., and PAYNE, D. N.: 'Solution-doping technique for fabrication of rare-earth-doped optical fibres', Electron. Lett., 1987, 23, pp. 329–331
5  RIEKIE, L., JAUNCEY, I. M., POOLE, S. B., and PAYNE, D. N.: 'Diode-laser-pumped operation of an Er³⁺-doped single-mode fibre laser', Electron. Lett., 1987, 23, pp. 1076–1078
6  LAMING, R. I., POOLE, S. B., and TARBOX, E. J.: 'Excited-state absorption in erbium-doped fibres', submitted to Optics Letters

## PROPAGATION MODELLING IN THE TROPOSPHERE: PARABOLIC EQUATION METHOD

Indexing terms: Radiowave propagation, Atmospheric propagation, Modelling, Microwave radiation

The parabolic equation is a simplification of the wave equation that admits an efficient full wave solution to the problem of microwave propagation in a two-dimensional refractive index structure. Field strength diagrams for propagation in the presence of typical elevated ducting layers are given. The fields are significantly more complicated than can be predicted by one-dimensional mode methods.

Introduction: Predictions of variations in signal level at microwave frequencies caused by complex refractive index structures are usually based on ray tracing or mode theory. Both of these have severe limitations. Ray tracing, derived from geometrical optics, can give reasonable qualitative results, but quantitative calculations are expensive and difficult to automate as all raypaths linking transmitter and receiver must be found and the ray amplitudes added coherently. While two-dimensional refractive index structures can be handled, the generation of two-dimensional field strength diagrams is very expensive. In addition, the assumptions of geometrical optics may not be satisfied if strong ducting layers are present. Quantitative results are obtained directly from mode theory—a full wave method based on the solution of Maxwell's equations. In practice, only one-dimensional refractive index structures are tractable, and most implementations use simple analytical profiles.[2] Again two-dimensional field strength diagrams are very expensive to produce.

The parabolic equation is an alternative full wave approach, first introduced into radiowave propagation in 1946.[3] Numerical methods of solving the equation were not available at that time, and only recently has the application to tropospheric propagation been revived; the success is due to the application of an efficient numerical technique that has previously been applied to an analogous problem in underwater acoustics.[4]

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP--APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07/144440 | GROUP ART UNIT 222 | ATTACHMENT TO PAPER NUMBER 2 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Erund et al | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|
| A | | 4 0 1 8 5 6 | 7/1/90 | ✓ | page et al | 330 | 4.3 | ● |
| B | | 3 5 9 0 0 0 4 | 6/29/71 | ✓ | Wyborski | 330 | 4.3 | |
| C | | 3 7 3 1 2 2 6 | 5/1/73 | ✓ | Tyer et al | 372 | 6 | |
| D | | 4 9 6 3 0 6 7 | 10/6/90 | ✓ | Silvers | 501 | 45 | |
| E | | 3 7 5 3 2 5 7 | 8/26/73 | ✓ | Weiden et al | 372 | 40 | |
| F | | 3 7 8 1 7 0 7 | 12/12/73 | ✓ | Rd Coon et al | 330 | 4.3 | |
| G | | 3 6 3 4 5 4 9 | 11/30/71 | ✓ | Faire et al | 372 | 6 | |
| H | | 3 9 3 8 4 2 | 7/31/76 | ✓ | Tsuruta | 330 | 4.3 | |
| I | | 4 7 0 1 8 2 8 | 10/6/87 | ✓ | Fan et al | 372 | 70 | |
| J | | 3 5 9 9 1 1 4 | 8/1/71 | ✓ | S Tyer et al | 330 | 4.3 | |
| K | | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | | |
| M | | | | | | | | | |
| N | | | | | | | | | |
| O | | | | | | | | | |
| P | | | | | | | | | |
| Q | | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | | 
| S | |
| T | |
| U | |

| EXAMINER NELSON MOSKOWITZ EXAMINER GROUP ART UNIT 222 | DATE 1/91 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

COPY

**EXHIBIT F**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE REEEXAMINATION OF | ) EXAMINER: |
| U.S. Pat. No. 5,225,925 to Grubb et al. | )    To be assigned |
| | ) |
| | ) |
| ISSUED:    July 6, 1993 | ) GROUP ART UNIT: 2202 |
| | ) |
| | ) |
| REEXAM. CONTROL NO.: | ) |
| | ) |
| TITLE:    SENSITIZED ERBIUM FIBER | ) ATTY. DOCKET NO.: 2782 |
|         OPTICAL AMPLIFIER AND | ) |
|         SOURCE | ) |

### AMENDMENT PURSUANT TO 37 CFR §1.510(e)

Mail Stop *Ex Parte* Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Reexamination of U.S. Pat. No. 5,225,925 has been requested and, pursuant to 37

CFR §1.510(e), examination of the proposed claims as amended is respectfully requested.

The Commissioner is hereby authorized to charge any fees which may be required, or to credit

any overpayment, to Deposit Account No. 19-0761.

# AMENDMENTS

Please amend the original claims as shown below.  Please cancel claim 8.  Please also add new claims 40-52.

1.  (Currently Amended) A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions, **wherein said phosphate concentration is in the range of greater than 5 mole percent to 25 mole percent**.

2.  (Original)  The optical fiber as set forth in claim 1, wherein said erbium ion concentration is in the range of 100 to 10,000 ppm.

2

3. (Original)  The optical fiber as set forth in claim 2, wherein said erbium ion concentration is between approximately 500 to 5,000 ppm.

4. (Original)  The optical fiber as set forth in claim 3, wherein said erbium ion concentration is approximately 1,000 ppm.

5. (Original)  The optical fiber as set forth in claim 1, wherein said ytterbium ion concentration is in the range of 1,000 to 100,000 ppm.

6. (Original)  The optical fiber as set forth in claim 5, wherein said ytterbium ion concentration is between approximately 3,000 and 50,000 ppm.

7. (Original)  The optical fiber as set forth in claim 6, wherein said ytterbium ion concentration is approximately 30,000 ppm.

8. Canceled.

9. (Currently Amended)  The optical fiber as set forth in claim 8, wherein said phosphate concentration is between approximately ~~5 and 15 mole percent~~ **11-20 mole percent**.

10. (Currently Amended)  The optical fiber as set forth in claim 9, wherein said phosphate concentration is approximately ~~10 mole percent~~ **15 mole percent**.

11. (Original) The optical fiber as set forth in claim 1, wherein the proportion of said ytterbium ions to said erbium ions is in the range of 4:1 to 80:1.

12. (Original) The optical fiber as set forth in claim 11, wherein the proportion of said ytterbium ions to said erbium ions is between approximately 4:1 and 20:1.

13. (Original) The optical fiber as set forth in claim 12, wherein the proportion of said ytterbium ions to said erbium ions is approximately 10:1.

14. (Original) The optical fiber as set forth in claim 1, wherein said fiber has no more than approximately 8 mole percent alumina.

15. (Original) The optical fiber as set forth in claim 14, wherein said fiber has less than approximately 5 mole percent concentration of alumina.

16. (Original) The optical fiber as set forth in claim 1, wherein said radiation absorbed by said ytterbium ions is in the range of 980 to 1080 nm.

17. (Original) The optical fiber as set forth in claim 16, wherein said radiation absorbed by said ytterbium ions is between approximately 1030 and 1070 nm.

18. (Original)  The optical fiber as set forth in claim 17, wherein said radiation absorbed by said ytterbium ions is approximately 1064 nm.

19. (Original)  The optical fiber as set forth in claim 1, wherein said radiation produced by said erbium ions is in the range of 1500 to 1650 nm.

20. (Original)  The optical fiber as set forth in claim 19, wherein said radiation produced by said erbium ions is between approximately 1500 and 1580 nm.

21. (Original)  The optical fiber as set forth in claim 20, wherein said radiation produced by said erbium ions is approximately 1535 nm.

22. (Currently Amended)  ~~The optical fiber as set forth in claim 1~~ A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

5

<u>a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions</u>, wherein the transfer rate and decay time of the ytterbium to erbium energy transfer is much faster than the erbium to ytterbium transfer rate.

23.  (Original)  The optical fiber as set forth in claim 22, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is in the range of 0 to 5 microseconds.

24.  (Original)  The optical fiber as set forth in claim 23, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is between approximately 0 to 3 microseconds.

25.  (Original)  The optical fiber as set forth in claim 24, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is approximately 2 microseconds.

26.  (Original)  The optical fiber as set forth in claim 22, wherein the decay time of the ytterbium ion quantum energy level from the $^2F_{5/2}$ state to the $^2F_{7/2}$ state is not more than approximately 150 microseconds.

27. (Currently Amended) ~~The optical fiber as set forth in claim 1~~ A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^{4}I_{13/2}$ metastable state to the $^{4}I_{15/2}$ ground level state;

a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^{2}F_{7/2}$ state to the $^{2}F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^{4}I_{15/2}$ ground level state to the $^{4}I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^{2}F_{5/2}$ state back to the $^{2}F_{7/2}$ state; and

a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^{4}I_{11/2}$ state to the $^{4}I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions, wherein the rise time of the energy transfer from the $^{2}F_{5/2}$ state of the ytterbium ion quantum energy level to the $^{4}I_{13/2}$ state of the erbium ion quantum energy level is in the range of 5 to 60 microseconds.


28. (Currently Amended) ~~The optical fiber as set forth in claim 1~~ A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^{4}I_{13/2}$ metastable state to the $^{4}I_{15/2}$ ground level state;

a concentration of ytterbium ions for absorbing radiation as the quantum

energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is between approximately 0 and 30 microseconds.

29. (Currently Amended) ~~The optical fiber as set forth in claim 1~~ A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

8

**a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions**, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is approximately 20 microseconds.

30.  (Currently Amended)  A silica optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions in the range of 100 to 10,000 ppm for providing radiation when the quantum energy level of said erbium ions decays from the $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of ytterbium ions in the range of 1,000 to 100,000 for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

a concentration of phosphate in the range of ~~2 to 25 mole percent~~ **greater than 5 mole percent to 25 mole percent** for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions.

31. (Original)  The optical fiber as set forth in claim 30, wherein the proportion of said ytterbium ions to said erbium ions is in the range of 4:1 to 80:1.

32. (Original)  The optical fiber as set forth in claim 30, wherein said fiber has no more than approximately 8 mole percent concentration of alumina.

33. (Original)  The optical fiber as set forth in claim 30, wherein said radiation absorbed by said ytterbium ions is in the range of 980 to 1080 nm.

34. (Original)  The optical fiber as set forth in claim 30, wherein said radiation produced by said erbium ions is in the range of 1500 to 1650 nm.

35. (Original)  A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of approximately 1,000 ppm erbium ions for providing radiation when the quantum energy level of said erbium ions decays from the $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of approximately 30,000 ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2I_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state;

10

a concentration of approximately 10 mole percent phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions; and

a concentration of alumina of no more than approximately 8 mole percent.

36. (Original) The optical fiber as set forth in claim 35, wherein said fiber has less than approximately 5 mole percent concentration of alumina.

37. (Original) The optical fiber as set forth in claim 35, wherein said radiation absorbed by said ytterbium ions is between approximately 1030 and 1070 nm.

38. (Original) The optical fiber as set forth in claim 37, wherein said radiation produced by said erbium ions is between approximately 1500 and 1580 nm.

39. (Original) A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of approximately 1,000 ppm erbium ions for providing radiation in the range of approximately 1500 to 1580 nm when the quantum energy level of said erbium ions decays from the $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of approximately 30,000 ppm ytterbium ions for absorbing radiation in the range of approximately 1030 to 1070 nm as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from

11

the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state;

a concentration of approximately 10 mole percent phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions; and

a concentration of no more than approximately 5 mole percent alumina for improving the transfer of energy from said ytterbium ions to said erbium ions.

40. (New)   A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions, wherein the proportion of said ytterbium ions to said erbium ions is in the range of 25:1 to 80:1.

41.  (New)  The optical fiber of Claim 1, wherein the transfer rate and decay time of the ytterbium to erbium energy transfer is much faster than the erbium to ytterbium transfer rate.

42.  (New)  The optical fiber as set forth in claim 41, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is in the range of 0 to 5 microseconds.

43.  (New)  The optical fiber as set forth in claim 42, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is between approximately 0 to 3 microseconds.

44.  (New)  The optical fiber as set forth in claim 43, wherein said decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state is approximately 2 microseconds.

45.  (New)  The optical fiber as set forth in claim 41, wherein the decay time of the ytterbium ion quantum energy level from the $^2F_{5/2}$ state to the $^2F_{7/2}$ state is not more than approximately 150 microseconds.

46.  (New)  The optical fiber as set forth in claim 1, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is in the range of 5 to 60 microseconds.

47.  (New)  The optical fiber as set forth in claim 1, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is between approximately 0 and 30 microseconds.

48.  (New)  The optical fiber as set forth in claim 1, wherein the rise time of the energy transfer from the $^2F_{5/2}$ state of the ytterbium ion quantum energy level to the $^4I_{13/2}$ state of the erbium ion quantum energy level is approximately 20 microseconds.

49.  (New) A silicic optical fiber for use in optical amplifiers and sources, comprising:

a concentration of erbium ions for providing radiation when the quantum energy level of said erbium ions decays from $^4I_{13/2}$ metastable state to the $^4I_{15/2}$ ground level state;

a concentration of ytterbium ions for absorbing radiation as the quantum energy level of said ytterbium ions is excited from a thermally excited sub-level of

the $^2F_{7/2}$ state to the $^2F_{5/2}$ metastable state and for exciting the quantum energy level of said erbium ions from the $^4I_{15/2}$ ground level state to the $^4I_{11/2}$ state when the quantum energy level of said ytterbium ions decays from the $^2F_{5/2}$ state back to the $^2F_{7/2}$ state; and

a concentration of phosphate for reducing the decay time of the erbium ion quantum energy level from the $^4I_{11/2}$ state to the $^4I_{13/2}$ state to reduce back transfer of energy from said erbium ions to said ytterbium ions, wherein said fiber has less than 5 mole percent alumina.

50. (New) The optical fiber of claim 49, wherein said fiber has less than 4 mole percent alumina.

51. (New) The optical fiber of claim 49, wherein said fiber has less than 3 mole percent alumina.

52. (New) The optical fiber of claim 49, wherein said fiber has less than 1 mole percent alumina.

**REMARKS**

Pursuant to 37 CFR §1.510(e), S-A submits herewith a proposed amendment to overcome a publication to *Fermann et al.* entitled "Efficient Operation of an Yb-Sensitized Er Fibre Laser at 1.56 μm", published on September 1, 1988, in the *Electronics Journal* (hereinafter "*Fermann*"). *Fermann* discloses a silica-based optical fiber as a host glass doped with erbium and ytterbium. In particular, *Fermann* discloses at column 2, line 47, a silica-based optical fiber further doped with 5 mole percent phosphate and 5 mole percent alumina. *Fermann* also describes a fast nonradiative decay from the erbium $^4I_{11/2}$ level to the erbium $^4I_{13/2}$ level to prevent back transfer of energy to the ytterbium. *Fermann* also describes in column 2, lines 48-49, a ratio of ytterbium ions to erbium ions of 21:1. Consequently, S-A believes claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32 and 34 of the '925 patent may be anticipated by *Fermann*.

*Fermann* does not however disclose any range of either phosphate or alumina concentrations other than 5 mole percent or any ratio of ytterbium ions to erbium ions other than 21:1. Therefore, please amend base claims 1 and 30 to recite a phosphate concentration in the range of greater than 5 mole percent to 25 mole percent. Please also amend dependant claims 9 and 10 to recite a phosphate concentration in the range of approximately 11 to 20 mole percent and approximately 15 mole percent, respectively. Support for these proposed claim amendment exists in the original claims themselves as well as at column 11, lines 44-50, and Table III of the '925 patent.

Please also amend original dependant claims 22 and 27-29 to each become independent claims by including the subject matter of original independent claim 1.

16

Therefore, amended claims 22 and 27-29 stand alone because they do not include the amendments of presently amended claim 1.

This amendment also adds new base claims 40-52. New base claim 40 is derived from the combination of original base claim 1 and original dependant claim 11. However, the range recited within dependant claim 11 has been narrowed to recite a proportion of ytterbium ions to erbium ions in a range of approximately 25:1 to 80:1. Support for this amendment is at column 14, lines 45-50, of the '925 patent.

Since claims 22 and 27-29 are now independent, new dependant claims 41-48 are added to depend from presently amended claim 1. New dependent claims 41-48 correspond with original dependant claims 22-29.

As asserted above, *Fermann* does not disclose a concentration of alumina in any range other than 5 mole percent. Therefore, new claims 49-52 are directed to alumina concentration of less than 5 mole percent. In particular, new dependant claims 50-52, which depend from new independent claim 49, are directed to alumina concentrations of less than 4, less than 3, and less than 1 mole percent, respectively. Support for these amendments exist in column 11, lines 47-50, and in Table III of the '925 patent.

Dependant claim 8 has been canceled. Claims 2-7, 11-21, 23-26 and 31-39 were not amended and are believed patentable over *Fermann*. No new matter is added as a result of the proposed amendment. Entry of the amendment filed herewith is respectfully requested.

## CONCLUSION

It is respectfully submit that each of the claims presently amended or added in this amendment are fully supported by the original patent. The Requestor thanks the Examiner for the careful consideration given the present Reexamination proceeding. It is believed that fees are owed in conjunction with this amendment and request for reexamination. In the event of non-payment or improper payment of any fee owed, the commissioner is authorized to charge or to credit Deposit Account No. 19-0761 as required. Should the Examiner have any comments or suggestions regarding either the Request for Reexamination or this Amendment Pursuant to 37 CFR 1.510, he is respectfully requested to telephone the undersigned at the below-listed number.

Respectfully submitted:

**SEND CORRESPONDENCE TO:**

By: _____

Wm. Brook Lafferty
Attorney of Record
Reg. No.: 39,259
Phone: (770) 236-2114
Fax No.: (770) 236-4806

Scientific-Atlanta, Inc.
Intellectual Property Dept. MS 4.3.510
5030 Sugarloaf Parkway
Lawrenceville, GA 30044

**Certificate of Mailing**

I hereby certify that this correspondence is being deposited with the United States Postal Service under 37 CFR 1.10 on the dated indicated below as Express Mail EL 970104347 US in an envelope addressed to:

Mail Stop: *Ex Parte Reexam*
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

On April 27, 2005

_____
Faye Ropski

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| IN RE U.S. PATENT OF | US 5,225,925 | | |
| APPLICANTS: | GURBB ET AL. | APPL NO. | 07/735,387 |
| FILED: | JULY 24, 1991 | | |
| TITLE: | SENSITIZED ERBIUM FIBER OPTICAL AMPLIFIER AND SOURCE | | |

April 27, 2005

INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

Sir:

This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, and specifically:

☒ under 37 CFR 1.97(b), or
(within Three months of filing national application; or date of entry of international application; or before mailing date of first office action on the merits; whichever occurs last)

☐ under 37 CFR 1.97(c) together with either a:
☐ Statement Under 37 C.F.R. 1.97(e), or
☐ a $180.00 fee under 37 CFR 1.17(p), or
(After the CFR 1.97(b) time period, but before the final office action or notice of allowance, whichever occurs first)

☐ under 37 CFR 1.97(d) together with a:
☐ Statement under 37 CFR 1.97(e), or
☐ a $180.00 petition fee set forth in 37 CFR 1.17(p)(1).
(Filed after final office action or notice of allowance, whichever occurs first, but before payment of the issue fee)

☐ I hereby certify that each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application not more that three months prior to the filing of this Information Disclosure Statement. Under 37 C.F.R. 1.97(e)

Please charge $_____ to deposit account 19-0761. At any time during the pendency of this application, please charge any fees required to Deposit Account 19-0761 pursuant to 37 CFR 1.25. The Commissioner is hereby requested to credit any overpayment to Deposit Account No. 19-0761.

☒ Applicant(s) submit herewith *Form PTO 1449 - Information Disclosure Citation* together with copies of patents, publications or other information of which applicant(s) are aware, which applicant(s) believe(s) may or may not be material to the examination of this application and for which there may be a duty to disclose in accordance with 37 CFR 1.56. As required by 37 C.F.R. §1.98(a), a legible copy of each document is provided.

The Cited Art includes:
1. Active Mode-Locking of AN Yb : Er Fibre Laser
2. Characterization Techniques for Special Optical Fibres
3. Efficient Operation of AN Yb-SENSITISED Er Fibre Laser at 1.56

1

Docket No.: A-2782

4.  Efficient Operation of AN Yb- SENSITISED Er Fibre Laser Pumped in 0.8 REGION

☐    A concise explanation of the relevance of foreign language patents, foreign language publications and other foreign language information listed on PTO Form 1449, as presently understood by the individual(s) designated in 37 CFR 1.56(c) most knowledgeable about the content is given on the attached sheet, or where a foreign language patent is cited in a search report or other action by a foreign patent office in a counterpart foreign application, an English language version of the search report or action which indicates the degree of relevance found by the foreign office is listed on the form PTO 1449 and is enclosed herewith.

The following rights are reserved by the Applicant(s):  the right to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or the right to prove that some of these documents may not be prior art, and/or the right to prove that some of these documents may not be enabling for the teachings they purport to offer.

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist.  The Examiner is specifically requested not to rely solely on the materials submitted herewith.  The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is requested that the information disclosed herein be made of record in this application and that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully Submitted,

**SEND CORRESPONDENCE TO:**          By:  _____
                                          Wm. Brook Lafferty
Scientific-Atlanta, Inc.                  Attorney of Record
Intellectual Property Dept. MS 4.3.510    Reg. No.: 39,259
5030 Sugarloaf Parkway                    Phone: (770) 236-2114
Lawrenceville, GA  30044                  Fax No.: (770) 236-4806

**Certificate of Mailing**
I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as Express Mail EL 970104347 US  in an envelope addressed to:

Mail Stop: *Ex Parte Reexam*
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

On April 27, 2005

_____
Faye Ropski

2

Docket No.:  A-2782

Form PTO-1449    U.S. Dept. of Commerce, Patent and Trademarks
**LIST OF ART CITED BY APPLICANT**
(Use several sheets if necessary

| Attorney Docket No. A-2782 | Serial No. 07/735,387 | Patent No. US 5,225,925 | Filing Date July 24, 1991 |
|---|---|---|---|
| Applicant: Grubb et al. | | Group 2202 | |

## U.S. PATENT DOCUMENTS

| Examiner's Initial | | Document No. | Date | Name | Class | Subclass |
|---|---|---|---|---|---|---|
| | AA | | | | | |
| | AB | | | | | |
| | AC | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document No. | Date | Country | Class | Subclass | Translation |
|---|---|---|---|---|---|---|---|
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |

## OTHER PRIOR ART (Including Author Title, Date, Pertinent Pages, Etc.)

| | | | | |
|---|---|---|---|---|
| | AG | Active Mode-Locking of AN Yb : Er Fibre Laser Author: Hanna et al. | Electronics Letter 1/19/1989 – Vol.25 No. 2 | Pages: 95 - 96 |
| | AH | Characterisation Techniques for Special Optical Fibres Author: Martin Emanuel Fermann | British Thesis Library 9/1988 | Pages: 1-174 |
| | AI | Efficent Operation of AN Yb-SENSITISED Er FIBRE LASER AT 1.56 Author: Frmann et al. | Electronics Letter 9/1/1988 Vol 24 No. 18 | Pages: 1135-1136 |
| | AJ | Efficient Operation of AN Yb-SENSITISED Er FIBRE LASER PUMPED IN 0.8  REGION Author: Hanna et al. | Electronics Letter 8/18/1988 Vol 24 No. 17 | Pages: 1068-1069 |

| EXAMINER | DATE CONSIDERED: |
|---|---|
| | |

**EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance. Include copy of this form with next communication to Applicant.**

PTO/SB/82 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REVOCATION OF POWER OF ATTORNEY WITH NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS | Application Number | 07/735,387 (US 5,225,925) |
| --- | --- | --- |
| | Filing Date | July 24, 1991 |
| | First Named Inventor | Grubb et al. |
| | Art Unit | 2202 |
| | Examiner Name | MOSKOWITZ, N. |
| | Attorney Docket Number | A-2782 |

**I hereby revoke all previous powers of attorney given in the above-identified application.**

☐ A Power of Attorney is submitted herewith.

**OR**

☑ I hereby appoint the practitioners associated with the Customer Number:   05642

☑ Please change the correspondence address for the above-identified application to:

☑ The address associated with Customer Number:   05642

**OR**

| ☐ Firm or Individual Name | |
| --- | --- |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the:

☐ Applicant/Inventor.

☑ Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)*

**SIGNATURE of Applicant or Assignee of Record**

| Signature | *Kenneth M. Massaroni* (signature) |
| --- | --- |
| Name | Kenneth M. Massaroni |
| Date | April 27, 2005 | Telephone | 770.236.4717 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.36. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*