**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IPG PHOTONICS CORPORATION, <br><br> Defendant. | Civil Action No. 05-10850-RWZ |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF
PATRICK J. FLINN**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Patrick J. Flinn be granted leave to appear and practice before this Court in the above-captioned action on behalf of plaintiff Scientific-Atlanta, Inc. ("S-A").  As grounds for this motion, the undersigned counsel states as follows:

1.     The undersigned attorney is a member of the bar of this Court, has previously filed an appearance in this action and serves as counsel of record for S-A.

2.     Mr. Flinn is a partner of the law firm Alston & Bird LLP, having a business address of One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

3.     Mr. Flinn is a member in good standing of the bar of the highest court of the States of Georgia and California, the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Northern District of Georgia, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, and the United States District Court for the Central District of California.

4.  Mr. Flinn is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

5.  Mr. Flinn is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  Counsel for defendant IPG Photonics Corporation has assented to this motion.

7.  Pursuant to Local Rule 83.5.3, a certificate from Mr. Flinn in support of his admission *pro hac vice* is attached hereto as Exhibit A.

WHEREFORE, the undersigned attorney requests that Patrick J. Flinn be granted leave to appear and practice before this Court on behalf of plaintiff Scientific-Atlanta, Inc. in this action.

Respectfully submitted,

Dated: June 3, 2005

/s/ David E. Cole
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
Attorneys for SCIENTIFIC-ATLANTA, INC.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, David E. Cole, hereby certify that I have conferred with counsel for the defendant, IPG Photonics Corporation, and that counsel for defendant assented to this motion.

Dated:  June 3, 2005                                /s/ David E. Cole

- 2 -

# CERTIFICATE OF PATRICK J. FLINN

Pursuant to Local Rule 83.5.3, I, Patrick J. Flinn, hereby certify that:

1. I am an attorney admitted to the bars of the following jurisdictions: the State of Georgia, the State of California, the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Northern District of Georgia, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, and the United States District Court for the Central District of California;

2. I am a member of the bar in good standing in each of the foregoing jurisdictions;

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury,


Dated:  June 3, 2005                           /s/ Patrick J. Flinn