IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IPG PHOTONICS, CORPORATION. <br><br> Defendant. | Civil Action No. 05 cv 10850 RWZ |

**STATUS REPORT TO COURT**
**REPORTING USPTO'S GRANT OF SCIENTIFIC-ATLANTA, INC.,'S**
**REQUEST FOR REEXAMINATION OF U.S. PATENT 5,225,925**

On May 19, 2005, Plaintiff Scientific-Atlanta, Inc. ("S-A") moved the Court for an order staying this litigation pending a reexamination of the patent-in-suit, U.S. Patent No. 5,225,925 ("the '925 patent"), by the U.S. Patent and Trademark Office ("USPTO"). S-A requested the reexamination to allow the USPTO to consider the validity of some of the claims of the '925 patent in light of a prior art reference identified by Defendant IPG Photonics, Corp. ("IPG"). For the reasons set forth in its Memorandum in Support of its Motion to Stay, S-A believes a stay of the litigation pending the outcome of a reexamination of the '925 patent benefits both the parties and the Court. On June 6, 2005, this Court entered an Order granting S-A's Motion to Stay.

In its Memorandum in Support of the Motion to Stay, S-A stated that it would inform the Court once the USPTO made a decision on S-A's request for a reexamination. S-A further stated that if the USPTO decided to deny the request for

B3073265.1

reexamination that the stay could then be lifted, but that if, as expected, the USPTO granted S-A's request for reexamination, then the stay should be maintained pending the ultimate resolution of the reexamination by the USPTO.

S-A hereby notifies the Court that the USPTO has granted S-A's request for reexamination and that, therefore, the stay should be maintained pending the resolution of the reexamination proceeding by the USPTO.  A Copy of the USPTO's Order granting S-A's request for reexamination is attached hereto as Exhibit A.  Consistent with S-A's Motion for Stay, the USPTO notes in its Order that the reexamination proceedings "will be conducted with special dispatch." (*See* USPTO's Order, p. 2.)

Once the USPTO has concluded its reexamination of the '925 patent, S-A will promptly notify the Court and provide the Court with a copy of the USPTO's decision.

Respectfully submitted, this 22nd day of July, 2005.

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Patrick J. Flinn
J. Patrick Elsevier
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Attorneys for SCIENTIFIC-ATLANTA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was caused to be served upon counsel of record for each party by mail on July 22, 2005.

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

B3073265.1

# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,524 | 04/27/2005 | 5225925 | A-2782 | 6888 |

5642     7590     07/18/2005

SCIENTIFIC-ATLANTA, INC.
INTELLECTUAL PROPERTY DEPARTMENT
5030 SUGARLOAF PARKWAY
LAWRENCEVILLE, GA   30044

| EXAMINER |
|---|
|   |

| ART UNIT | PAPER NUMBER |
|---|---|
|   |   |

DATE MAILED: 07/18/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

```
RECEIVED
JUL 21 2005
SCIENTIFIC-ATLANTA, INC.
LEGAL DEPARTMENT
```

PTO-90C (Rev. 10/03)

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/007,524 | 5225925 |
| | Examiner | Art Unit |
| | Mark Hellner | 3663 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>27 April 2005</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,   b)☒ PTO-1449,   c)☐ Other: _____

1. ☒  The request for *ex parte* reexamination is GRANTED.

   RESPONSE TIMES ARE SET AS FOLLOWS:

   For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

   For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐  The request for *ex parte* reexamination is DENIED.

   This decision is not appealable (35 U.S.C. 303(c)). Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE REGULATIONS UNDER 37 CFR 1.183.**

   In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

   a) ☐  by Treasury check or,

   b) ☐  by credit to Deposit Account No. _____, or

   c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Mark Hellner
Primary Examiner
AU 3663

cc:Requester ( if third party requester )

Application/Control Number: 90/007,524                                                         Page 2
Art Unit: 3663

A substantial new question of patentability affecting claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32 and 34 of United States Patent Number 5,225,925 is raised by the request for *ex parte* reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The above Reexamination is based solely on patents and/or printed publications already cited/considered in an earlier concluded examination of the patent being reexamined. On November 2, 2002, Public Law 107-273 was enacted. Title III, Subtitle A, Section 13105, part (a) of the Act revised the reexamination statute by adding the following new last sentence to 35 U.S.C. 303(a) and 312(a):

"The existence of a substantial new question of patentability is not precluded by the fact that a patent or printed publication was previously cited by or to the Office or considered by the Office."

For any reexamination ordered on or after November 2, 2002, the effective date of the statutory revision, reliance on previously cited/considered art, i.e., "old

Application/Control Number: 90/007,524                                                                Page 3
Art Unit: 3663

art," does not necessarily preclude the existence of a substantial new question of patentability (SNQ) that is based exclusively on that old art. Rather, determinations on whether a SNQ exists in such an instance shall be based upon a fact-specific inquiry done on a case-by-case basis.

In the present instance, there exists a SNQ with respect to claims 1-6, 8, 9, 11, 14, 15, 19, 20, 30-32 and 34 based solely on a publication to Fermann et al entitled "Efficient Operation of an Yb-Sensitized Er Fibre Laser at 1.56 um", published on September 1, 1988, in Electronics Journal. A discussion of the specific teachings of Fermann et al (in parenthesis) as they relate to the claims above now follows:

Claim 1 (column 1, lines 66-68; column 2, lines 10-15; column 2, lines 39-41 and column 2, lines 44-49); Claims 2-6, 8, 9, 11, 14 and 15 (column 2, lines 44-49); Claims 19 and 20 (column 2, line 75 to column 3, line 3); Claim 30 (column 1, lines 66-68; column 2, lines 10-15; column 2, lines 39-41 and column 2, lines 44-49); claims 31 and 32 (column 2, lines 44-49) and claim 34 (column 2, lines 75 to column 3, line 3).

A more detailed discussion of the teachings of Fermann et al recited above is provided by pages 6-11 of the Request for Reexam filed on March 27, 2005.

It is agreed that the teachings recited above would be considered by a reasonable examiner to be important in deciding to allow claims 1-6, 8, 9, 14, 15, 19, 20, 30-32 and 34.

Application/Control Number: 90/007,524                                                           Page 4
Art Unit: 3663

The teachings recited above have not been previously considered nor addressed in the prior examination of USPN 5,225,925 or in a final holding of invalidity in the Federal Courts with respect to USPN 5,225,925.

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 5,22,,925 throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

Any inquiry concerning this communication should be directed to Mark Hellner at telephone number 571 272 6981.

Mark Hellner<br>
Primary Examiner<br>
AU 3663

| Form PTO-1449 | U.S. Dept. of Commerce, Patent and Trademarks |
|---|---|
| | LIST OF ART CITED BY APPLICANT |
| | (Use several sheets if necessary |

| Attorney Docket No. A-2782 | Serial No. 07/735,387 | Patent No. US 5,225,925 | Filing Date July 24, 1991 |
|---|---|---|---|
| Applicant: Grubb et al. | | Group 2202 | |

### U.S. PATENT DOCUMENTS

| Examiner's Initial | | Document No. | Date | Name | Class | Subclass | |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document No. | Date | Country | Class | Subclass | Translation |
|---|---|---|---|---|---|---|---|
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |

### OTHER PRIOR ART (Including Author Title, Date, Pertinent Pages, Etc.)

| | | | | |
|---|---|---|---|---|
| /MH/ | AG | Active Mode-Locking of AN Yb : Er Fibre Laser Author: Hanna et al. | Electronics Letter 1/19/1989 – Vol.25 No. 2 | Pages: 95 - 96 |
| /MH/ | AH | Characterisation Techniques for Special Optical Fibres Author: Martin Emanuel Fermann | British Thesis Library 9/1988 | Pages: 1-174 |
| /MH/ | AI | Efficent Operation of AN Yb-SENSITISED Er FIBRE LASER AT 1.56 Author: Frmann et al. | Electronics Letter 9/1/1988 Vol 24 No. 18 | Pages: 1135-1136 |
| /MH/ | AJ | Efficient Operation of AN Yb-SENSITISED Er FIBRE LASER PUMPED IN 0.8 REGION Author: Hanna et al. | Electronics Letter 8/18/1988 Vol 24 No. 17 | Pages: 1068-1069 |

| EXAMINER Mark Hellner | DATE CONSIDERED: 6/16/2005 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance. Include copy of this form with next communication to Applicant.