## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IPG PHOTONICS CORPORATION, <br><br> Defendant. | Civil Action No. 05-10850-RWZ |

### STATUS REPORT TO COURT
### REPORTING PROGRESS IN THE USPTO'S REEXAMINATION
### OF U.S. PATENT NO. 5,225,925

In response to the Court's April 11, 2006 request for a status report concerning the reexamination of U.S. Patent No. 5,225,925 (the "'925 patent"), the patent-in-suit, by the U.S. Patent and Trademark Office ("USPTO"), plaintiff Scientific-Atlanta, Inc. ("S-A") refers the Court to its previously submitted status report (Docket No. 14) and further states that the Examiner assigned to the reexamination by the USPTO has informed S-A that he plans to issue an Office Action in the reexamination within a week.

Once the USPTO has concluded its reexamination of the '925 patent, S-A will promptly notify the Court and provide the Court with a copy of the USPTO's decision.

Dated: April 27, 2006　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/  David E. Cole
　　　　　　　　　　　　　　　　　　　Denise W. DeFranco (BBO #558859)
　　　　　　　　　　　　　　　　　　　David E. Cole (BBO #658705)
　　　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2600
　　　　　　　　　　　　　　　　　　　(617) 832-1000

　　　　　　　　　　　　　　　　　　　Patrick J. Flinn (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　J. Patrick Elsevier (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　　One Atlantic Center
　　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　　Atlanta GA 30309-3424
　　　　　　　　　　　　　　　　　　　(404) 881-7000

　　　　　　　　　　　　　　　　　　　Attorneys for SCIENTIFIC-ATLANTA, INC.


**Certificate of Service**

　　　I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

　　　　　　　　　　　　　　　　　　　/s/  David E. Cole