## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IPG PHOTONICS CORPORATION, <br><br> Defendant. | Civil Action No. 05-10850-RWZ |

### FOURTH STATUS REPORT
### REGARDING THE USPTO'S REEXAMINATION
### OF U.S. PATENT NO. 5,225,925

In response to the Court's November 6, 2006 request for a status report regarding the Reexamination of U.S. Patent No. 5,225,925 ("the '925 patent"), the patent-in-suit, by the U.S. Patent and Trademark Office ("USPTO"), plaintiff Scientific-Atlanta, Inc. ("S-A") reports that the Reexamination is still in progress. In particular, and as stated in S-A's Third Status Report (Docket No. 16), on October 11, 2006, the Examiner assigned to the Reexamination issued an Office Action rejecting the claims of the '925 patent that were submitted for reexamination. Since then, on November 6, 2006, S-A had an interview with the Examiner regarding the rejections, and, on December 11, 2006, S-A formally responded to the Office Action, including amendments to certain of the claims.[1] At this time, S-A is waiting on the USPTO to act on S-A's December 11, 2006 response to the October 11, 2006 Office Action.

Once the USPTO has concluded its reexamination of the '925 patent, S-A will promptly notify the Court and provide the Court with a copy of the USPTO's decision.

---

[1] A copy of S-A's December 11, 2006 response has not been attached to this status report because of its large volume. It has been provided previously to the defendant, however, and, if the Court is so desires, S-A will furnish the Court with a copy.

Dated: January 29, 2007                                  Respectfully submitted,

/s/  David E. Cole
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Patrick J. Flinn (*pro hac vice*)
J. Patrick Elsevier (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta GA 30309-3424
(404) 881-7000

Attorneys for SCIENTIFIC-ATLANTA, INC.

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/  David E. Cole