**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 05-10850-RWZ |
| IPG PHOTONICS CORPORATION, | |
| Defendant. | |

**NOTICE OF APPEARANCE OF DONALD R. WARE
AS COUNSEL FOR PLAINTIFF SCIENTIFIC-ATLANTA, INC.**

Please enter the appearance of Donald R. Ware as attorney for Plaintiff Scientific-Atlanta, Inc. in the above-captioned matter.

Dated: June 4, 2007

Respectfully submitted,

/s/ Donald R. Ware
Donald R. Ware  (BBO #516260)
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Patrick J. Flinn (*pro hac vice*)
J. Patrick Elsevier (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta GA 30309-3424
(404) 881-7000

Attorneys for SCIENTIFIC-ATLANTA, INC.

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

/s/ Donald R. Ware