## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SCIENTIFIC-ATLANTA, INC.,

        Plaintiff,

    v.

IPG PHOTONICS CORPORATION,

        Defendant.

Civil Action No. 05-10850-RWZ

## NOTICE OF WITHDRAWAL OF DENISE W. DEFRANCO
## AS COUNSEL FOR PLAINTIFF SCIENTIFIC-ATLANTA, INC.

Notice is hereby given of the withdrawal of Denise W. DeFranco as counsel for Plaintiff Scientific-Atlanta, Inc. ("S-A") in the above-captioned matter. The other undersigned attorneys will continue as counsel for S-A.

Dated: June 4, 2007        Respectfully submitted,

/s/ Denise W. DeFranco
Donald R. Ware  (BBO #516260)
Denise W. DeFranco (BBO #558859)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Patrick J. Flinn (*pro hac vice*)
J. Patrick Elsevier (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta GA 30309-3424
(404) 881-7000

Attorneys for SCIENTIFIC-ATLANTA, INC.

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

<u>/s/ Denise W. DeFranco</u>