IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCIENTIFIC-ATLANTA, INC.,

    Plaintiff,

v.

IPG PHOTONICS CORPORATION,

    Defendant.

Civil Action No. 05-10850-RWZ

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated and agreed by and between the parties to this action that this action shall be, and hereby is, dismissed with prejudice, with each party bearing its own costs and attorneys' fees, and waiving all rights of appeal. Attached hereto at Exhibit A is the parties' proposed order of judgment to be entered by the Court.

    Respectfully submitted,

/s/ Kurt L Glitzenstein
Kurt L. Glitzenstein (BBO # 565312)
FISH & RICHARDSON, P.C.
225 Franklin Street
BOSTON, MA 02110
(617) 542-5070

Attorney for IPG PHOTONICS CORPORATION

/s/ David E. Cole
Donald R. Ware (BBO #516260)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Patrick J. Flinn (*pro hac vice*)
J. Patrick Elsevier (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta GA 30309-3424
(404) 881-7000

Attorneys for SCIENTIFIC-ATLANTA, INC.

Dated: October 12, 2007

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

                                            /s/ David E. Cole

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IPG PHOTONICS CORPORATION,<br><br>    Defendant. | Civil Action No. 05-10850-RWZ |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Scientific-Atlanta, Inc. and Defendant IPG Photonics Corporation announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims for relief asserted against Defendant by Plaintiff and against Plaintiff by Defendant herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same, and that all rights of appeal and attorneys' fees have been waived.

This is a final judgment.

Signed this ___ day of _____, 2007.

_____
The Honorable Rya W. Zobel
United States District Judge

B3418237.1