# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IPG PHOTONICS CORPORATION,<br><br>Defendant. | Civil Action No. 05-10850-RWZ |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Scientific-Atlanta, Inc. and Defendant IPG Photonics Corporation announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims for relief asserted against Defendant by Plaintiff and against Plaintiff by Defendant herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same, and that all rights of appeal and attorneys' fees have been waived.

This is a final judgment.

Signed this 12th day of March, 2008.

_____
The Honorable Rya W. Zobel
United States District Judge

B3418237.1